FILED
OCT 28 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEON JOHNSON, aka D,
IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN,
LEONARD TYLER, JR. aka LT, aka LC, aka BRO,
LIDIA COTA-MEDINA, aka CHUEY'S SISTER,
JESUS COTA-MEDINA, aka CHUEY,
MARIA DEL CARMEN HARO-CHAVEZ, aka DULCE, aka DULCE SANCHEZ, aka CARMEN, aka LINDA, aka MARI,
DANILO M. ALLEN-LEWIS, aka DANNY,
CESAR LUIS TORRES-ESTRADA,
ALEXANDER PRIETO, aka ALEX,
REYNARD JEFFERSON,
ROSE TYREE, aka AUNTIE,
LAMAR CHANEY, SR., aka ROCK, aka ROCCO,
WILLIAM BUTTRAM,
JANIS UNDERWOOD,
ANGELO LANIER, aka KEYS,
RICARDO VALENZUELA-ARRIOLA,
RODOLFO VALENZUELA-ARRIOLA,
ERICK SAENZ-SIMENTAL,
ALEJANDRO FLORES-MORALES, aka THE POSTMAN,
LUTISHA BITTING,
JESSICA ALBERGOTTIE,
MICHELLE HUNTER,
MALORIE WATSON,

SUPERSEDING INDICTMENT

CHIEF JUDGE PATRICIA A. GAUGHAN

CASE NO.: 1:21CR674
Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), 843(b), 846, and 856(a)(1); Title 18, United States Code, Sections 1952(a)(3), 1956(a)(1)(B)(i), and (h)

| | |
|---|---|
| TYLER BURRELL | ) |
| TIFFANY WILLIAMS | ) |
| RASHEED WINFREY, | ) |
| DANIEL HERNANDEZ, | ) |
| | ) |
| Defendants. | ) |

COUNT 1

(Conspiracy to Distribute and Possess with Intent to Distribute, 21 U.S.C. § 846)

The Grand Jury charges:

1. From in or around April 1, 2020 to on or about September 1, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DEON JOHNSON aka D; IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN; LEONARD TYLER, JR., aka LT, aka LC, aka BRO; LIDIA COTA-MEDINA, aka CHUEY'S SISTER; JESUS COTA-MEDINA aka CHUEY; MARIA DEL CARMEN HARO-CHAVEZ, aka DULCE, aka DULCE SANCHEZ, aka CARMEN, aka LINDA, aka MARI; DANILO M. ALLEN-LEWIS, aka DANNY; CESAR LUIS TORRES-ESTRADA; ALEXANDER PRIETO, aka ALEX; REYNARD JEFFERSON; ROSE TYREE, aka AUNTIE; LAMAR CHANEY, SR., aka ROCK aka ROCCO; WILLIAM BUTTRAM; JANIS UNDERWOOD; ANGELO LANIER, aka KEYS; RICARDO VALENZUELA-ARRIOLA; RODOLFO VALENZUELA-ARRIOLA; ERICK SAENZ-SIMENTAL; ALEJANDRO FLORES-MORALES, aka THE POSTMAN; LUTISHA BITTING; JESSICA ALBERGOTTIE; MICHELLE HUNTER; MALORIE WATSON; TYLER BURRELL; TIFFANY WILLIAMS; RASHEED WINFREY; and DANIEL HERNANDEZ did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute the following: 50 grams or more of methamphetamine, a Schedule II controlled substance; 500 grams or more of a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance; and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C).

MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that:

a. DEON JOHNSON, while incarcerated, organized, orchestrated, and planned to distribute methamphetamine and fentanyl in the Northern District of Ohio, by making phone calls to various co-conspirators, including LEONARD TYLER, JR., IVORY YATES, ROSE TYREE, JANIS UNDERWOOD, and others.

b. JOHNSON instructed TYLER, JR., YATES, TYREE, and others on how to execute drug trafficking activities in the Northern District of Ohio.

c. TYLER, JR., CESAR TORRES-ESTRADA, RICARDO VALENZUELA-ARRIOLA, RODOLFO VALENZUELA-ARRIOLA, and others arranged, through YATES and JOHNSON, to use a warehouse located in the Northern District of Ohio, Eastern Division, for the express purpose of housing, moving, and distributing controlled substances.

d. LIDIA COTA-MEDINA, JESUS COTA-MEDINA, and ALEXANDER PRIETO supplied JOHNSON, YATES, and others with methamphetamine and cocaine to redistribute in the Northern District of Ohio.

e. MARIA DEL CARMEN HARO-CHAVEZ and DANILO M. ALLEN-LEWIS arranged, coordinated, and supplied JOHNSON, YATES, and others with methamphetamine and fentanyl to redistribute in the Northern District of Ohio.

f. On behalf of sources of supply, PRIETO, Myriam Quintana-Madrid, America Acuna-Quintana, TIFFANY WILLIAMS, LUTISHA BITTING, Erick Cardenas-Chavez, delivered controlled substances to other members of the conspiracy.

g. PRIETO, ERICK SAENZ-SIMENTAL, ALEJANDRO FLORES-MORALES, Quintana-Madrid, Acuna-Quintana, and TORRES-ESTRADA collected drug proceeds owed to the sources of supply.

h. YATES distributed controlled substances to LAMAR CHANEY SR., JESSICA ALBERGOTTIE, MALORIE WATSON, MICHELLE HUNTER and others for redistribution in the Northern District of Ohio,

i. WILLIAMS, BITTING, HUNTER, and WATSON delivered drug proceeds on behalf of YATES, CHANEY SR., REYNARD JEFFERSON, ANGELO LANIER, and WILLIAM BUTTRAM to PRIETO, SAENZ-SIMENTAL, and FLORES-MORALES.

j. TYREE collected and stored drug proceeds inside her home at the direction of JOHNSON on behalf of HARO-SANCHEZ, YATES, CHANEY SR., JEFFERSON, LANIER, and BUTTRAM.

k. YATES used fictitious identities to open post office boxes, rent vehicles, and rent storage facilities to further criminal conspiracy.

l. Conspirators used multiple telephones to conduct drug trafficking activity by making and receiving telephone calls and sending and receiving text messages. To reduce the risk of being detected by law enforcement, and to conceal the identity of the person using the device, co-conspirators often used cellular telephones that had been obtained in the names of other persons or in fictitious names.

m. Conspirators, when using cellular telephones or text messaging to conduct drug

trafficking activity, used slang terms, street terminology, and code words and phrases for controlled substances to obscure and disguise the true nature of their activities and the true meaning of their conversations.

ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance thereof, and to effect and conceal the existence of the conspiracy, the Defendants and others performed acts in the Northern District of Ohio and elsewhere, including but not limited to the following:

3. On April 9, 2020, WILLIAM BUTTRAM delivered $19,980 in United States currency to Undercover Officer in Cleveland, Ohio.

4. On April 12, 2021, during a recorded jail call, at approximately 8:25 p.m., DEON JOHNSON, LEONARD TYLER, JR., and JANIS UNDERWOOD engaged in a three-way telephone call. During the call, JOHNSON said, "Yeah…" TYLER, JR. replied, "(Unintelligible) down here tonight… you know, you know 'Wifey,' (MARIA DEL CARMEN HARO-CHAVEZ) you know 'Wifey' (HARO-CHAVEZ) on my trail man…" JOHNSON then said, "I know she is…" TYLER, JR. laughed. JOHNSON then said, "Well uh… yeah… yeah… she got a little 'prise, a little surprise (a suspected shipment of narcotics) for you though comin' up." TYLER, JR. replied, "Okay, that's cool."

5. On April 14, 2021, during a recorded jail call, at approximately 9:26 p.m., JOHNSON, TYLER, JR., and ROSE TYREE engaged in a three-way telephone call. During the conversation, TYLER, JR. replied, "And then brother… brother come… brother came through but… he ain't gonna come like he supposed to though…" JOHNSON then said, "Right he he yeah he yeah, yeah I'm sure he will… he usually uh… uh… yeah he usually um…" JOHNSON then said, "Uh… I'm still tryin to think… oh yeah that's what it was! What's it called birthday

party, tell, tell 'Youngin' (IVORY YATES) uh… uh… we gon need to use the big house tomorrow. TYLER, JR. replied, "Okay cool." JOHNSON then said, "Yeah, tell em uh… we gon throw the par… kids party."

6. On April 15, 2021, at approximately 9:50 a.m., TYLER, JR., in a white Land Rover, drove to 9x Everhard Road SW, North Canton, Ohio. There, TYLER, JR. picked up CESAR LUIS TORRES-ESTRADA at the apartment complex.

7. On April 15, 2021, at approximately 9:58 a.m., TYLER, JR. and TORRES-ESTRADA, in TYLER, JR. 's white Land Rover, drove from 9x Everhard Road SW, North Canton, Ohio.

8. On April 15, 2021, at approximately 10:23 a.m., TYLER, JR. and TORRES-ESTRADA drove to 13xx Hardesty, Akron, Ohio in TYLER JR's white Land Rover. Upon arrival, TYLER, JR. and TORRES-ESTRADA walked to the front door of the residence and TYLER, JR. utilized a key to open the door. Approximately five minutes later, Person-1, named but not charged herein, drove to the residence.

9. On April 15, 2021, at approximately 10:37 a.m., TYLER, JR., Person-1 and TORRES-ESTRADA drove from 13xx Hardesty, Akron, Ohio together in TYLER JR's white Land Rover.

10. On April 15, 2021, at approximately 10:39 a.m., TYLER, JR., TORRES-ESTRADA, and Person-1, in TYLER, JR. 's white Land Rover, drove to 10xx Greenwood Ave., Akron, Ohio, which is the primary residence of Person-2, named but not charged herein.[1]

---

[1] Person-2 passed away from a gunshot wound on August 9, 2021.

11. On April 15, 2021, at approximately 12:09 p.m., TYLER, JR. and TORRES-ESTRADA, in TYLER, JR. 's white Land Rover, and Person-2, in a Red Ford Pickup truck, drove from from Greenwood residence in tandem.

12. On April 15, 2021, at approximately 1:01 p.m., TYLER, JR., TORRES-ESTRADA, and Person-2 drove to 38xxx Apollo Parkway, Willoughby, Ohio, which is an industrial warehouse.

13. On April 15, 2021, at approximately 1:08 p.m., RICARDO VALENZUELA-ARRIOLA and RODOLFO VALENZUELA-ARRIOLA drove to 38xxx Apollo Parkway, Willoughby, Ohio in a semi tractor-trailer. TORRES-ESTRADA then exited TYLER, JR. 's white Land Rover and met with RICARDO VALENZUELA-ARRIOLA and RODOLFO VALENZUELA-ARRIOLA. Then, TORRES-ESTRADA, RICARDO VALENZUELA-ARRIOLA, and RODOLFO VALENZUELA-ARRIOLA removed a wooden lumber board, which contained methamphetamine, from the semi-trailer, placed it into the back of Person-2's Red Ford pickup truck, and then returned the wood lumber board, which contained methamphetamine, to the back of the semi-trailer.

14. On April 15, 2021, at approximately 1:34 p.m., IVORY YATES drove to 38xxx Apollo Parkway, Willoughby, Ohio. YATES unlocked the main entry doors of 38xxx Apollo Parkway, Willoughby, Ohio with a key, entered the warehouse, and then the bay door of the warehouse opened. TORRES-ESTRADA, RICARDO VALENZUELA-ARRIOLA and RODOLFO VALENZUELA-ARRIOLA then off-loaded the wood boards, which contained methamphetamine, from the semi-trailer into the opened bay of the warehouse. TYLER, JR. exited his white Land Rover and walked into the warehouse.

15. On April 15, 2021, during a recorded jail call, at approximately 1:43 p.m., JOHNSON and UNDERWOOD spoke on the telephone. During the conversation, JOHNSON said, "I'mma have you call uh, uh LC (TYLER, JR.) tell em I'mma give him a few dollars towards that uh, chi… uh, the kids party (drug transaction). And uh…" UNDERWOOD replied, "Oh." JOHNSON said, "That's my (Unintelligible), yeah." UNDERWOOD replied, "So tell LC (TYLER, JR. ) you gon give him a couple dollars on the kids party (drug transaction)." JOHNSON confirmed, "Yeah. Yup." UNDERWOOD said, "Okay."

16. On April 15, 2021, at approximately 1:52 p.m., TORRES-ESTRADA, RICARDO VALENZUELA-ARRIOLA, RODOLFO VALENZUELA-ARRIOLA, and Person-2 carried wooden lumber boards, which contained methamphetamine, out of the warehouse bay of 38xxx Apollo Parkway, Willoughby, Ohio and placed them in the bed of Person-2's Red Ford pickup truck.

17. On April 15, 2021, at approximately 2:03 p.m., TYLER, JR. entered the passenger seat of YATES' Acura SUV with YATES inside of the vehicle.

18. On April 15, 2021, at approximately 2:04 p.m., TYLER, JR. exited the passenger seat of YATES' Acura SUV. YATES then drove from 38xxx Apollo Parkway, Willoughby, Ohio.

19. On April 15, 2021, at approximately 2:08 p.m., RICARDO VALENZUELA-ARRIOLA and RODOLFO VALENZUELA-ARRIOLA drove from 38xxx Apollo Parkway, Willoughby, Ohio in the semi-tractor-trailer.

20. On April 15, 2021, at approximately 2:11 p.m., TYLER, JR. and TORRES-ESTRADA, in TYLER JR's white Land Rover, and Person-2, in his Red Ford pickup truck, drove from in tandem from 38xxx Apollo Parkway, Willoughby, Ohio.

21. On April 15, 2021, at approximately 2:44 p.m., Ohio State Highway Patrol Officers conducted a traffic stop of Person-2 on Route 8, Northfield Village, Ohio. During a search of Person-2's Red Ford pickup truck, officers located 136.20 kilograms of methamphetamine secreted in lumber boards, which were previously loaded by TORRES-ESTRADA, RICARDO VALENZUELA-ARRIOLA, RODOLFO VALENZUELA-ARRIOLA, and Person-2 onto Person-2's truck bed.

22. On April 15, 2021, at approximately 2:44 p.m., TYLER, JR. and TORRES-ESTRADA drove southbound on State Route 8 past the traffic stop of Person-2.

23. On April 15, 2021, at approximately 4:06 p.m., TYLER, JR. deactivated his cellular telephone.

24. On April 16, 2021, during a recorded jail call, at approximately 7:09 p.m., JOHNSON, Person-3, named but not charged herein, and Person-4, named but not charged herein, engaged in a three-way telephone call. During the call, JOHNSON said, "This D, I'm trying to catch up with LT (TYLER JR) right quick." Person-3 replied, "Oh, I don'art know." JOHNSON asked, "Huh?" Person-3 answered, "I don't know." JOHNSON said, "You don't know? Hello?" Person-3 replied, "I'm here." JOHNSON asked, "Yeah can I speak to LT (TYLER, JR. ) please?" Person-3 answered, "Huh? I-I don't… This not his number." JOHNSON said, "Yeah I know but… the number I got went dead on me."

25. On April 17, 2021, during a recorded jail call, at approximately 1:02 p.m., JOHNSON, Person-3, and Person-5, named but not charged herein, engaged in a three-way telephone call. During the call, JOHNSON asked if Person-5 talked to "bro" (TYLER, JR. ) today, and Person-5 advised, "He let me know he was cool." JOHNSON asked Person-5 for a number for "bro," and Person-5 advised, "Um… he had gave… he had got a um… a phone to

use so I don't know like… I'm like I dunno if I'm supposed to give the number out" to which JOHNSON responded, "Yeah you supposed to give it to me."

26. Later in the same conversation, TYLER, JR., via Facetime Audio, connected to the three-way call. During the four-way call, JOHNSON said, "Bro…" TYLER, JR. replied, "What's up?" JOHNSON asked, "What's up with you?" TYLER, JR. answered, "Man… on fire (law enforcement seized the methamphetamine)." JOHNSON said, "On what? What-what happened?" TYLER, JR. replied, "On fire dawg… (Unintelligible)" JOHNSON asked again, "What-what happened?" TYLER, JR. answered, "Man I don't know what the f--k happened, dawg." Later in the conversation, TYLER, JR. replied, "And then and then all of that… you know what I'm sayin? But I had got a call… you know what I'm sayin… my dude had called me… you know what I'm sayin. I guess they had got a whiff of it (TYLER, JR. 's friend observed law enforcement presence)." JOHNSON then said, "Uh huh." TYLER, JR. replied, "They had got a whiff… you know what I'm sayin. But it's mainly because the night before… I had got off the… I had got off the express way kinda quick to go get some gas and some wine, man." JOHNSON then said again, "Uh huh." TYLER, JR. replied, "And um… but I made a last-minute exit, dawg. And some motherf----s (Unintelligible) you know what I'm sayin… kinda came up from the pane not knowin when I got off the exit I had went right there to the corner literally to the gas station right there… they came off the exit kinda quick like, you know what I'm sayin… like they wasn't behind me when I made, when I got off but… I can like… thinking back I can tell they probably was behind me though. You know what I'm sayin?" JOHNSON then said, "Uh huh." TYLER, JR. replied, "So it was like I'm just kinda just payin attention to all them signs, like you know what I'm sayin?" JOHNSON confirmed, "Right. Right." TYLER, JR. replied, "Man… (Unintelligible) sayin like… that right there but then I'm (Unintelligible) I

ended up getting a call like literally like, while I, you know what I'm sayin… enroute back. You know what I'm sayin? I was with dude, but dude… he cou-could pretty much tell that I, you know what I'm sayin, that I had picked up on something but…" JOHNSON then said, "Right." TYLER, JR. replied, "You know what I'm sayin. Hell yeah boy, listen man I don't know what the f--k goin on, dawg."

27. Later in that same conversation, TYLER, JR. explained, "And then… and then… and then 'Youngin' (YATES) had did, did some funny s--t like he-he wouldn't answer his phone no (Unintelligible) or nothing bro…" JOHNSON asked, "Who, 'Youngin (YATES)?" TYLER, JR. answered, "Yeah. Man he had me sittin out there weird. And (Unintelligible) done told him, you know what I'm sayin… I'm like man, I kinda… I'm like… I felt I seen something dawg." JOHNSON then said, "Right." TYLER, JR. replied, "I told him. You know what I'm sayin?" JOHNSON then said, "Uh huh. Yeah that's uh…" TYLER, JR. replied, "I told him that… that's what I'm sayin. Like he… man, he ain't, had me sittin out there for about, bout-bout a half-hour man, forty-five minutes." JOHNSON then said, "Yeah, uh… Mmmm. How mu… uh. Yeah I'm just tryin to get to… have to get to the bottom of whatever, whatever happened."

28. Later in the conversation, TYLER, JR. said, "Yeah but I (Unintelligible) I'm sayin… Man I couldn't… man… (Unintelligible) I can't believe this s--t, dawg." JOHNSON said, "Yeah I-I can't believe it. I can't believe it. Um… I said I'm tryin… and 'Youngin' (YATES), I ain't heard nothing, I ain't heard about him being in no situation or nothing though." JOHNSON said, "Yeah, I ain't heard about him (YATES) being in no situation." TYLER, JR. replied, "(Unintelligible) … bout a half hour… Just sittin and I happened to see somethin… (Unintelligible)" JOHNSON said, "You saw somethin… you saw… somethin…" TYLER, JR. replied, "… Get there and…" JOHNSON said, "Okay, go ahead. You say you saw something

and you 'nored it?" TYLER, JR. replied, "Huh?" JOHNSON asked, "You saw something but ignored it?" TYLER, JR. answered, "Yeah." JOHNSON said, "Yeah. Mmm." TYLER, JR. replied, "Yup I saw something, and I said something to him about it like, you know what I'm sayin?" JOHNSON said, "Right. Right. Mmhmm."

29. On June 9, 2021, Myriam Quintana-Madrid and America Acuna-Quintana entered the United States via the San Luis, Arizona port of entry in a 2019 white Dodge Journey, which was registered to Quintana-Madrid.

30. On June 14, 2021, Quintana-Madrid checked into the Hampton Inn hotel in Middleburg Heights, Ohio and parked her white Dodge Journey in the parking lot.

31. On June 17, 2021, at 9:54 a.m., TORRES-ESTRADA sent two messages to Quintana-Madrid which read, "mandame (send me)" and "tu ubi (where are you)[?]" At 9:54 a.m., Quintana-Madrid then messaged a "location" message type to TORRES-ESTRADA.

32. On June 17, 2021 at approximately 3:18 p.m., Quintana-Madrid messaged CESAR TORRES-ESTRADA, "listo estoy atras (ready I'm behind)."

33. On June 17, 2021, at approximately 3:19 p.m., TORRES-ESTRADA, at the direction of HARO-CHAVEZ, delivered approximately $56,000.00 in United States Currency to Quintana-Madrid and Acuna-Quintana at the Hampton Inn in Middelburg Heights, Ohio.

34. On June 25, 2021, at approximately 1:18 p.m., during a traffic stop of their white Dodge Journey, Quintana-Madrid and Acuna-Quintana possessed $49,076.00 in United States Currency.

35. On July 2, 2021 at approximately 2:56 p.m., YATES called BURRELL, named but not charged herein, on the telephone. During the conversation, YATES stated, "Alright. I'mma, I could leave here at like s--- eight, eight thirty in the morning be out there at nine, nine-

thirty." BURRELL said, "Well s---, what whatever, you know what I mean…" YATES replied, "Would that work? Would that work?" BURRELL said, "Like I said, like I said whatever is good for you. I'mma, I'mma give her (WATSON) the coins (money) right now." YATES replied, "Okay let's, uh, shoot for like, let me see like- Let's shoot for like nine-thirty but I could touch bases with you in the morning to, to you know confirm." BURRELL said, "Alright."

36. On July 2, 2021 at approximately 9:30 p.m., TYREE called YATES on the telephone. After initial greetings, YATES said, "Hold on, let me step out (Unintelligible). Hold on a second. Okay, what you say now?" TYREE replied, "He (JOHNSON) said um 'Grab the fifty dollars ($50,000) from Boo and give it to his girl." YATES said, "And give it to his girl?" TYREE replied, "Yeah." YATES said, "Okay. Let me call Boo right now. Okay."

37. On July 3, 2021 at approximately 10:25 a.m., TYLER BURRELL called YATES on the telephone. YATES said, "Hello?" BURRELL replied, "Yeah, they (WATSON) said they there." YATES asked, "Alright, you said what's the exit?" BURRELL replied, "Like 70-, 77." YATES then said, "I'm on 70, I'm on uh 77 South. I uh, I think I already—" BURRELL replied, "[U/I] said it's the BP station right there on Portage, Portage or summin'." YATES then said, "Portage, that's the name of the exit?" BURRELL replied, "Yeah, when you get off on… Hold on right quick, hold on."

38. On July 3, 2021 at approximately 10:45 a.m., YATES called BURRELL on the telephone. BURRELL asked, "Yeah, you got it with you?" YATES replied, "Yeah, a few of them (fentanyl pills)." BURRELL then said, "Yeah, hell yeah." YATES replied, "I ain't have as many as I thought. But yeah, I got few with me." BURRELL then said, "Aw, yeah, that's cool." YATES replied, "Okay." BURRELL then said, "Yup, hell yeah. You see 'em?" YATES replied, "Yeah, yeah. I'm right here, uh, next to her now." BURRELL then said, "Oh." YATES then

replied, "Alright then, well we still can get together in like a couple days or whatever to get a real order (of fentanyl pills) going 'cause this is just what I had at the house."

39. On July 3, 2021, at approximately 10:45 a.m., YATES, in his silver Acura SUV, drove to the BP Gas Station, 46xx Portage Street NW, North Canton, Ohio. On arrival, WATSON exited her blue Hyundai and entered YATES' silver Acura SUV. Shortly after, WATSON exited the silver Acura SUV, entered her blue Hyundai, and left the area.

40. On July 3, 2021 at approximately 11:04 a.m., YATES called TYREE on the telephone. After the parties greeted, TYREE and YATES replied, "had the following conversation. TYREE said, "Oh, good. Um, DEON (JOHNSON) said 'Bring me eleven of the fifty ($11,000 of the $50,000). And then go to the lingerie spot and pick up some scented candles." Later in the call, YATES replied, "Can you tell him uh, they said they uh, want them uh, Cartier glasses (methamphetamine)." TYREE said, "Okay." YATES replied, "And they uh, only got uh, they only got three ($3,000) for them." TYREE said, "They only got three ($3,000)?" YATES replied, "They only uh, wanna pay three ($3,000) for them (per pound of methamphetamine) though." TYREE said, "Oh, okay." YATES replied, "Ask him (JOHNSON) can he get ca-uh, he pay three for the Cartier glasses. ($3,000 per pound of methamphetamine)." TYREE said, "Okay."

41. On July 3, 2021, at approximately 2:25 p.m., TYREE called YATES on the telephone. After initial greetings, TYREE said, "Hey. He (JOHNSON) said uh, 'Before you go to the party, bring me the eleven. ($11,000)' And uh, what else did he say? Lord. 'Before you go to the party, bring me the eleven ($11,000), even if you haven't heard from Boo." YATES replied, "Okay, he said, okay."

42. On July 3, 2021, at approximately 2:27 p.m., YATES called TYREE back on the

telephone. YATES asked, "Okay, just ok you could just double check (with JOHNSON) but yeah, he said thirty-two ($3,200 per pound of methamphetamine). Okay." TYREE replied, "Okay. And uh, whenever he call me back I'll double check."

43. On July 4, 2021 at approximately 3:30 p.m., LIDIA COTA-MEDINA called YATES on the telephone. L. COTA-MEDINA said, "It's Chuey's (JESUS COTA-MEDINA) sister." YATES replied, "Hey, what's going on?" L. COTA-MEDINA said, "Just nothing. Calling 'cause uh, he (JOHNSON) say um, you want to meet me?" YATES replied, "Yes." L. COTA-MEDINA said, "To pick up the car (kilogram of cocaine). Uh, okay uh, you have a uh, an address um, for send my guy (PRIETO) to you and bring uh, the car sale (kilogram of cocaine)?" YATES replied, "Yeah, yup. Uh, I told Chuey (JESUS COTA-MEDINA) Imma need, like probably, like thirty minutes to test it out (test the cocaine) and stuff. Like twenty minutes." L. COTA-MEDINA said, "Twenty minutes?" YATES replied, "Yeah, I mean he can come or whatever, though."

44. On July 4, 2021, at approximately 6:22 p.m., COTA-MEDINA called YATES and said, "he (ALEXANDER PRIETO) says he's right there."

45. On July 4, 2021, at approximately 6:22 p.m., PRIETO drove to and parked at 24xxx Lake Shore Boulevard, Euclid, Ohio in a red Volkswagen. At approximately 6:46 p.m., YATES drove to 24xxx Lake Shore Boulevard, Euclid, Ohio in a silver Acura SUV.

46. On July 4, 2021 at approximately 7:04 p.m., YATES, L. COTA-MEDINA, and ALEXANDER PRIETO engaged in a three-way call. YATES asked, "Hey, yeah you wanted, you wanted y'all driver (PRIETO) to come up with me?" L. COTA-MEDINA said, "Oh, yeah 'cause he say, um, it's the first time he (PRIETO) see you that's why but the, the next time he don't need to go with you. You know?" YATES replied, "He, he (PRIETO) parked it right next

to my car, though." PRIETO said, "Yeah, but it don't matter." L. COTA-MEDINA said, "Yeah." YATES replied, "How often you gonna be coming? Like if I grab this one (one kilogram of cocaine), like when can I expect some more (kilograms of cocaine)?" L. COTA-MEDINA said, "Um… how many more (kilograms of cocaine) do you need?" YATES replied, "Well, it depends on if I'm payin' (for the whole kilogram) or I'm getting half fronted, or what?" L. COTA-MEDINA said, "Okay, one second. Give me one second. What did he say, Alex (PRIETO)?" PRIETO said, "That he wants to know… He wants to take half (of the kilogram) and half up front." L. COTA-MEDINA said, "He said…" PRIETO responded, "He wants to buy half (of the kilogram) and with half up front, that's what he wants to know." L. COTA-MEDINA said, "Tell him, tell him if he doesn't have the money to pay right now?" PRIETO said, "She said if you have the whole money (for the whole kilogram)?" YATES replied, "This one, the whole thing (the whole kilogram)?" PRIETO said, "…to, to give this one right now? YATES replied, "Say, say, say that-. You askin', do I have the whole money?" PRIETO said, "Yeah." YATES replied, "Can I give you twenty ($20,000) towards it (the price of the whole kilogram) or you need the whole thing?" PRIETO responded, "He said that if you can, that if he can give you twenty ($20,000) and owe you the rest or if you need the whole thing?" L. COTA-MEDINA said, "Well, to be sincere we need it in full because it is the first time we are doing something with him and once we turn in the money for this, we will, we will, keep working." PRIETO responded, "Okay, she (COTA-MEDINA) say, she say, she say this time she need the whole thing and because that's the first time dealing with you and, um, if next time she can work with you but on this one she, she need the whole thing." YATES replied, "Okay, next time will it be more than one (one kilogram of cocaine) cause I usually…" PRIETO responded, "Yeah, yeah. Next time, next time, next time we can drop three (three kilograms of cocaine) if you want to."

YATES replied, “Yeah, I usually do like two or three a week (two to three kilograms of cocaine sold per week).” PRIETO responded, “Okay. Alright, that’s fine. But this time you know only, only this time we need the whole thing and the, and the second time we can work it out.” YATES replied, “Okay, I’m ‘finna come down and get you.” PRIETO responded, “Okay, I’mma, I’mma, um, I’mma put some gas right now but I’mma pull out in five minutes, in two minutes.” YATES replied, “So you’re sayin’ you want me to wait five minutes before I come back down and get you.” PRIETO responded, “Yeah because, because I put some gas right now, I’ m putting gas right now.” YATES replied, “Okay.” PRIETO said, “Alright.” YATES replied, “Go back to the same spot (24xxx Lake Shore Boulevard, Euclid, Ohio).” PRIETO said, “Alright, alright.”

47. On July 4, 2021 at approximately 7:12 p.m., YATES spoke with COTA-MEDINA on the telephone. L. COTA MEDINA told YATES that PRIETO was “right there.”

48. On July 4, 2021 at approximately 7:12 p.m., PRIETO, in the red Volkswagen, drove to and parked adjacent to YATES’ silver Acura SUV in the parking lot of 24xxx Lake Shore Boulevard, Euclid, Ohio.

49. On July 4, 2021 at approximately 7:17 p.m., PRIETO exited the red Volkswagen carrying a multicolored book bag in hand. PRIETO and YATES then entered the apartment complex for 24xxx Lake Shore Boulevard, Euclid, Ohio together.

50. On July 4, 2021 at approximately 7:55 p.m., YATES and PRIETO exited 24xxx Lake Shore Boulevard, Euclid, Ohio. PRIETO carried out the same multicolored book bag. YATES then drove from the area in his silver Acura SUV and travelled to 30xxx Lake Shore Boulevard, Willowick, Ohio. PRIETO entered his red Volkswagen and remained near 24xxx Lake Shore Boulevard, Euclid, Ohio.

51. On July 4, 2021 at approximately 8:18 p.m., YATES drove to 24xxx Lake Shore Boulevard, Euclid, Ohio in his silver Acura SUV and parked adjacent to the red Volkswagen. PRIETO exited the red Volkswagen and entered the silver Acura SUV. While seated in the silver Acura SUV, PRIETO looked down, as if he was counting money. YATES and PRIETO then shook hands, PRIETO exited the silver Acura SUV, and then both parties drove from the area of 24xxx Lake Shore Boulevard, Euclid, Ohio in their respective vehicles.

52. On July 7, 2021 at approximately 3:20 p.m., YATES called JESSICA ALBERGOTTIE, who was on the phone with Person-7, named but not charged herein, in prison, on a three-way telephone call. After initial greetings, YATES then said, "Alright, uh… I think I had (Audio glitch) I had talked to like, like fifty of them hoes, I think- fifty, sixty, or sixty (sixty quantities of drugs)." Person-7 replied, "Okay." YATES then said, "Alright, yeah, I did, doe." Person-7 replied, "I got you on the back end." YATES then said, "Alright, uh, where you gonna meet me at?" ALBERGOTTIE replied, "Man..." YATES then said, "What?" ALBERGOTTIE replied, "I'm not coming all the way across town." YATES then said, "Stop being so, stop being so lazy." ALBERGOTTIE replied, "No, I'm not dude, I be having to go to work. I be in the house. How far you gonna meet me. I'm not coming over there on that side." YATES then said, "You, you, you is the across town. What you talking about? You the one who across town. We is, uh, seventy ninth on up [U/I]. Why would you move over there? You suppose to be out Euclid somewhere, with the rest of…" ALBERGOTTIE replied, "Because I actually don't f--k with them um fake a-s n----s over there. What's up, bro? Where you wanna meet me at?" YATES then said, "(Chuckles) I gots to go to my crib to grab them. So, I got to go shore all the way out two, sixty to grab 'em, then come back." ALBERGOTTIE replied, "Alright, well…" Person-7 replied, "I need that done, ASAP though [U/I]."

53. On July 7, 2021, at approximately 6:18 p.m., YATES drove to 5xxx East 115th Street, Garfield Heights, Ohio. At approximately 6:18 p.m., YATES called ALBERGOTTIE on the telephone and asked about the color of ALBERGOTTIE's home. ALBERGOTTIE responded, "gray and blue." YATES then asked if "it got the tree in front of it?" and ALBERGOTTIE confirmed. YATES then exited the silver Acura SUV and walked up the driveway of 5xxx East 115th Street, Garfield Heights, Ohio. At approximately 6:21 p.m., YATES walked down the driveway of 5xxx East 115th Street, Garfield Heights, Ohio, entered the silver Acura SUV, and drove from the area.

54. On July 7, 2021, at approximately 6:18 p.m., YATES delivered ALBERGOTTIE controlled substances.

55. On July 8, 2021 at approximately 8:51 p.m., YATES called REYNARD JEFFERSON on the telephone. After initial greetings, JEFFERSON then said, "I don't know s--- what I'm 'bouta do over here on Hough. I need you to bring me a, one of the windows (1 pound of methamphetamine)." YATES replied, "Alright right, like when, right now or tomorrow when?" JEFFERSON said, "Oh nah, right now if you can, for real." YATES replied, "Alright. A whole one?" JEFFERSON said, "A'ight. Yup." YATES replied, "Alright."

56. On July 9, 2021, at approximately 6:07 p.m., TIFFANY WILLIAMS called YATES on the telephone. After initial greetings and social talk, YATES said, "So, when you gonna get us some hammers (guns), man?" WILLIAMS replied, "I told you, come on." YATES said, "Huh?" WILLIAMS replied, "Tomorrow?" YATES said, "Hell yeah!" WILLIAMS replied, "Where you wanna go, you got uh, somewhere to go already?" YATES said, "Nope, I'll look." WILLIAMS replied, "It's a spot in Middleburg that uh, Fins, Feathers, Fur." YATES said, "What's it called?" WILLIAMS replied, "Fin, Feathers, Fur." YATES said, "Oh, I ain't hip to

it." WILLIAMS replied, "Fin, Feathers and Fur." YATES said, "Yup, let's go there." WILLIAMS replied, "It's uhh, it's in Middleburg. It's like twelve minutes away from my apartment." YATES said, "Yup, let's go there." WILLIAMS replied, "Whatchu' tryna' to get?" YATES said, "I want something little and something regular , so either or…" WILLIAMS replied, "Little like what, like…" YATES said, "Like, I gave uh, Lu my little one, like…" WILLIAMS replied, "Oh, that little, what, what is that though?" YATES said, "A twenty-two (a .22 caliber firearm)." WILLIAMS replied, "Ok." YATES said, "That little, sneak in the club joint." WILLIAMS replied, "That's what I need, I be carrying this big a-s gun on my (Inaudible)." YATES said, "Not that one. N---- can conceal that wit they hand." WILLIAMS replied, "Yeah, just right in they hand, fo' sho'. I seen a n---- wit one in his draws yesterday at the f---in phone store. I'm lookin like, what's this n---- doin wit this little a-s gun." YATES said, "Mm-hmm, little joints you can get in spots." WILLIAMS replied, "Yeah, that's what I need for sure. That b---h can go right up under my titty." YATES said, "Mm-hmm." WILLIAMS replied, "My gun can go up under my titty." YATES said, "Um-hm, right motha' f---a'." WILLIAMS replied, "These big a-s titties. My momma end up trading me, too. She traded me for that burgundy one for purple one, 'cause the purple one got a safety on it." YATES said, "Okay."

57. On July 10, 2021, at approximately 6:51 p.m., LAMAR CHANEY called YATES on the telephone. During the conversation, CHANEY asked, "Let me ask you a question, let me ask you a question. Um damn, can I talk on this phone?" YATES replied, "Yeah yeah yeah yeah." CHANEY then said, "I ain't tryina' get… listen. If one, one of them things, wasn't one of them things the other s--- (cocaine)?" YATES replied, "Uh in wit', wit' me?" CHANEY then said, "Huh?" YATES replied, "Wit', you said wit' me?" CHANEY then said, "Wasn't one of 'em, wasn't one of 'em, wasn't one of 'em some girl (cocaine)?" YATES replied, "Nah.

(Unintelligible) only seen one (one kilogram of cocaine). It was more than one in there?" CHANEY then said, "No, it was only one, the rest…" YATES replied, "I mean I…" CHANEY then said, "…the rest was the other s--- (methamphetamine)." YATES replied, "Right." CHANEY then said, "The one, the one, the biggest one, the biggest one was some girl (cocaine)." YATES replied, "Oh, it's still in there. I ain't even looked at it or touched it. It's not, 'cause I thought it only was one, so I ain't go lookin' for none of that." CHANEY then said, "Yeah it was, it was, it was like one in it's own little bag- that was girl (cocaine). S---, I got somebody that's in the bag right now. I, they, I told them to tell you. I thought maybe somebody, a motherf---er, that'd be forty ($40,000) by now. A n---- gonna have that right now." YATES replied, "Oh I can go, I can go look, yeah. I can even go in there tonight and after I grab the, the regular music (methamphetamine) out I figured everything else was..." CHANEY then said, "Yeah." YATES replied, "…that that that (Unintelligible)." CHANEY then said, "Nah, it it was just, it was them, it was them them, it was in one back shelf. It's the biggest one it can't help but the thing is like it's damn near a size and a half of the regular one. So, that's it. It's, matter of fact, it's got tape on the outside, put a lot of tape on the outside of it." YATES replied, "Okay, I'll go check." CHANEY then said, "Alright, just hit me back." YATES replied, "Alright."

58. On July 16, 2021 at approximately 1:58 p.m., WILLIAM BUTTRAM called YATES on the telephone. After initial greetings, BUTTRAM asked, "You comin' out here today?" YATES replied, "Uh, yeah, yup." BUTTRAM then said, "Alright, just give your dude eighty dollars ($80,000)." YATES replied, "Alright, I'll tell him." BUTTRAM then asked, "What's up with, what's up with him (JOHNSON), you talked to him?" YATES replied, "Uh, I talked to him (JOHNSON) like, like four days ago I think uh he was tryina' get moved somewhere else or summin'" BUTTRAM then asked, "He (JOHNSON) ain't got no jack

(contraband phone) yet, huh?" YATES replied, "Nope, that why he keep tryina' get moved or summin."

59. On July 18, 2021, at approximately 5:53 p.m., YATES spoke with CHANEY on the telephone. After initial greetings, CHANEY said, "Yeah, DEON (JOHNSON), we, we talked to D (JOHNSON), he told me catch up with you, man and I'm gatherin' all this s*** (drug proceeds) up for him." YATES then replied, "Yeah, I know, they just called me and told me uh bump into you too." CHANEY said, "(Unintelligible) said that?" YATES then replied, "Uh, it's only a few for real."

60. On July 20, 2021, at approximately 1:49 p.m., YATES delivered controlled substances to HUNTER to redistribute to WATSON on Glenside Road, Cleveland, Ohio.

61. On July 20, 2021, at approximately 2:17 p.m., JOHNSON called YATES on the telephone. During the conversation, YATES then replied, "I'm 'bouta send you… Okay, but nah we definitely gonna end, what, what size box (P.O. Box)? I mean, 'cause they be different sizes, right?" JOHNSON said, "You want a large." YATES then replied, "Big…" JOHNSON said, "You want a large, you want a large uh, the large one, but you want it for the twenty-four hour." YATES then replied, "Yeah, I'mma get the biggest, I'mma get the biggest one anyway." JOHNSON said, "Right, that's all you need, rest assured." Later in the conversation, JOHNSON said, "Soon soon soon, as soon as you got the box (P.O. Box) like I said I, my girl she have to call, whatchu' call it, the Colombians' number today for me. Yeah, see they they they, that was, I was, that was, I was trippin' off that mess." YATES then replied, "Okay."

62. On July 20, 2021, at approximately 3:10 p.m., YATES and HUNTER spoke on the telephone. During the call, HUNTER stated that she's getting off "on Portage Street" and that "it's not Portage Road." YATES asked if HUNTER sees it.

63. On July 20, 2021, at approximately 3:20 p.m., HUNTER delivered controlled substances to WATSON at the McDonald's, 14xx North Main Street, North Canton, Ohio.

64. On July 20, 2021, at approximately 4:17 p.m., YATES and HUNTER spoke on the telephone. During the call, YATES said, "After your meetin', I'll meet you and grab that money from you." HUNTER responded, "Oh, I thought this was mine." YATES then said, "Told you, I got some gas money for you." HUNTER responded, "I need more than that."

65. On July 20, 2021, at approximately 4:49 p.m., YATES called WILLIAMS on the telephone. YATES said, "Hey, what time the post office close? Huh? The one that's closest to you." WILLIAMS then replied, "Hmm…" YATES said, "I need you to open up a, uh, PO Box or whatever the f--k they call it." WILLIAMS then replied, "Uh… the one down here closes at six." YATES said, "At six? You think you'll be able to make it, to open up a box?" WILLIAMS then replied, "Yeah, I'm right here." YATES said, "Oh yeah, open up the biggest PO Box, then. Wait, is it a safe deposit box? Wait, which one get mail, a PO Box, right?" WILLIAMS then replied, "A PO Box, mm-hm." YATES said, "Yeah…" WILLIAMS then replied, "A safety deposit box is in a bank." YATES said, "Alright, yeah, so, open up a sa, a po, the box, the biggest box they got." WILLIAMS then replied, "Okay." YATES said, "Alright."

66. On July 21, 2021, at approximately 8:49 p.m., YATES called LIDIA COTA-MEDINA on the telephone. After initial greetings, YATES said, "Huh, it's Nard." L. COTA-MEDINA then replied, "I know, it's Chuey's (JESUS COTA-MEDINA) sister." YATES then said, "Alright." L. COTA-MEDINA then replied, "Um, he (JESUS COTA-MEDINA) called me. Yeah, and uh he (JESUS COTA-MEDINA) told me uh if you uh interest in the windows (methamphetamine)." YATES then said, "Yeah." L. COTA-MEDINA then replied, "Okay, so uh he said you wanna, you wanna check the, you wanted two (two pounds of methamphetamine)

first?" YATES then said, "Yeah, I said I wanna get them checked out." L. COTA-MEDINA then replied, "Yeah." Later in the conversation, YATES asked, "And what about the girls (kilograms of cocaine)?" L. COTA-MEDINA then replied, "Okay, so um, I'mma call um, I'mma talk to my guy for uh for he's going see you um tomorrow." YATES then said, "Okay." L. COTA-MEDINA then replied, "But, Chuey (JESUS COTA-MEDINA) say uh you, you have the, the money in for that too." YATES then said, "Uh I can, uh it doesn't matter. How much did he much did he want?" L. COTA-MEDINA then replied, "Okay, okay, alright, okay." YATES then said, "But I, I think what he said he was gonna just..." L. COTA-MEDINA then replied, "That work, trust me, that work is like, it's, it's good. It's good, but we have an emergency that's why, we put the price in the floor, 'cause you know the, uh you know the, the numbers is like 29, 30, 35 ($29,000, $30,000, $35,000 per kilogram of cocaine). But this, this time uh the guy has an emergency and, and we still have uh right there um in Cleveland." YATES then said, "Okay." Later in the conversation, L. COTA-MEDINA then replied, "Uh you, do you think it's the, the same place is good for you? Same place?" YATES then said, "Yup." L. COTA-MEDINA then replied, "Okay, okay, I'mma call you tomorrow at 10:30."

67. On July 22, 2021, at approximately 1:08 p.m., YATES called L. COTA-MEDINA on the telephone. After initial greetings, YATES then said, "I'm okay. Uh, was we checking out the windows (methamphetamine) today?" L. COTA-MEDINA then replied, "Yup. Let me call my guy (PRIETO), you ready?" YATES then said, "Uh, yeah, I can get ready." L. COTA-MEDINA then replied, "Okay. Let me call my guy (PRIETO). Then I'll call you back." YATES then said, "Hey, uh, he said sumthin' about uh, they was different kinds. Like the white and the pink one (white and pink pounds of methamphetamine)?" L. COTA-MEDINA then replied, "Yeah, it's a little pink. Uh, when you, when you check the…" YATES then said, "Which one is

the better one (the white or the pink methamphetamine)?" L. COTA-MEDINA then replied, "No, it's it's the same, it's the same work (quality of drug)."

68. On July 22, 2021, between 2:06 p.m. and 2:07 p.m., L. COTA-MEDINA and YATES engaged in the following text message conversation: YATES said, "Ready[.]" L. COTA-MEDINA replied, "Yes[.] His on his (PRIETO) way to you[.]"

69. On July 22, 2021, at approximately, 2:24 p.m., PRIETO delivered controlled substances to YATES at 24xxx Lake Shore Boulevard, Euclid, Ohio.

70. On July 22, 2021, at approximately 8:13 p.m., YATES called L. COTA-MEDINA on the telephone. After initial greetings, YATES then said, "Uh, what, now how many of those (pounds of methamphetamine) is left?" L. COTA-MEDINA then replied, "Um…twenty, umm twenty-three, with that, with that two."

71. On July 22, 2021, at approximately 8:06 p.m., L. COTA-MEDINA called YATES on the telephone. After initial greetings, YATES then said, "Can I who? Oh no, I was just uh saying like, I know we was talkin' about uh the last time I had talked with y'all, both y'all, about uh if I pay some, would y'all front some? Like would y'all leave me with some if I buy some? Like how much or how many at that exact numbers (exact price)? We talkin' like, you said you got like twenty sumthin' (approximately twenty pounds of methamphetamine) left. Like, you know, if I buy some..." L. COTA-MEDINA then replied, "Yeah, yeah, in total, in total it's twenty-three and a half (twenty-three and a half pounds of methamphetamine)." YATES then said, "Right so, if I buy like five or ten (pounds of methamphetamine), would you front me like five or ten (pounds of methamphetamine) or how we'll do it? Like, ah no, I know, I think Chuey (JESUS COTA-MEDINA) had told me summin' about like pay for half and..." L. COTA-MEDINA then replied, "Mm-hum. Yeah, that's why he, he went to um give you um good

discount if in case you get the whole everything but...." YATES then said, "You said what?" L. COTA-MEDINA then replied, "He's, he's tried to, to, to, to give you good number (a good price), about if you take the, the, the, the, the all the things (all twenty-three and a half pounds of methamphetamine)." YATES then said, "Okay." L. COTA-MEDINA then replied, "But you say you, maybe you buy like five or ten (pounds of methamphetamine) um, the the the the thing is, if you want buy ten (pounds of methamphetamine), I'mma give you a twenty-two." YATES then said, "Hold on. Okay…" L. COTA-MEDINA then replied, "Mm-hmm." YATES then said, "Nah, go ahead, whatchu' say now?" L. COTA-MEDINA then replied, "Oh, I said uh, uh, if you want to buy ten (pounds of methamphetamine), uh I give you the price on twenty-two (pounds of methamphetamine)." YATES then said, "Okay, okay, and…" L. COTA-MEDINA then replied, "Big one..." YATES then said, "And they all, and they all will be at what price?" L. COTA-MEDINA then replied, "Eh... if you buy, if you pay everything, I'mma, I'mma give you uh, two-thousand close." YATES then said, "You said two-thousand?" L. COTA-MEDINA then replied, "Yeah, each one (each pound of methamphetamine), yeah." YATES then said, "Oh, okay, okay, okay. Okay, lemme uh, talk, okay I'll call you right back. Lemme talk to my partner, he's walkin' into the car too."

72. On July 23, 2021, at approximately 3:03 p.m., L. COTA-MEDINA called YATES on the telephone. After initial greetings, L. COTA-MEDINA asked, "Okay um, so you, you, you just pay the two ($2,000 per pound of methamphetamine) right?" YATES then said, "Yeah."

73. On July 23, 2021, at approximately 5:21 p.m., YATES called BITTING on the telephone. During the call, YATES asked, "You…drop this money off for me in the Tremont area." BITTING replied, "I don't care. Bout to pull up her address."

74. On July 23, 2021, at approximately 5:55 p.m., YATES, L. COTA-MEDINA, and PRIETO engaged in a three-way telephone call. PRIETO stated, "Hey, my man." YATES then said, "Yeah, just got off the freeway." PRIETO then replied, "Oh, just got off the freeway?" YATES then said, "Just stopped for gas." PRIETO then replied, "Oh, okay. So, so, so how long she, she gonna be there? Where is she (LUTISHA BITTING)?" YATES then said, "Like two minutes from the freeway. Right?" PRIETO then replied, "Uh, something like that, yeah." YATES then said, "Oh, yeah." L. COTA-MEDINA then replied, "Ask him in what car is coming, Alex (PRIETO). So, you can go there." PRIETO then replied, "Uh, and what, what car, what car they drive?" YATES then said, "Uh, a blue Sonata, a four door, blue. . ." PRIETO then replied, "Oh, a blue Sonata four door." YATES then said, "Yeah." PRIETO then replied, "Oh, blue Sonata." YATES then said, "Yes." PRIETO then replied, "Um, four door." L. COTA-MEDINA then replied, "Tell him because, tell him because you have to leave, Alex (PRIETO). Tell him, please." PRIETO then replied, "Because, I gotta, I gotta go in five, six minutes. Because I gotta do something." YATES then said, "Okay, yes, I'm finna call her and let her know." PRIETO then replied, "Yeah, because make sure, because that's the-, if not I gotta go.

75. On July 23, 2021, at approximately 5:57 p.m., YATES, BITTING, L. COTA-MEDINA, and PRIETO engaged in a four-way telephone call. After greetings, YATES asked, "You don't see the blue car?" PRIETO then replied, "Um lemme, lemme go right now with her. Uh…" YATES then said, "Lutisha (BITTING) where you, you, you said where you, down the street?" BITTING then said, "I'm literally 'bouta turn into wherever my navigation tellin' me to." PRIETO then replied, "Oh okay, I'm on my way then, um…" YATES then said, "You (BITTING) see him?" BITTING replied, "No. I don't even know where to park. I'm here at the store." YATES then said, "Mm-hum." BITTING asked, "Can you hear me?" YATES then said,

"You see him?" BITTING asked, "What kinda car he in?" L. COTA-MEDINA then replied, "Oh, he hang up. Maybe he's, he's right there." YATES then said, "You said he right there?" L. COTA-MEDINA then replied, "Maybe he's right there 'cause he hang up the call." YATES then said, "Oh, he hung up?" L. COTA-MEDINA then replied, "Yeah." YATES then said, "Oh oh, so he must see her." Later in the conversation, BITTING said, "I dunno' if this him walkin' to the car or what..." L. COTA-MEDINA replied, "It is." YATES interjected, "Ask him his (PRIETO) name." BITTING then asked, "Give it to him just like this?" PRIETO then said, "Hello? Yeah, I'm here. . . Thank you, sweetie." BITTING replied "You're welcome. He's (PRIETO) right here." Later in the conversation, BITTING said, "He got it." YATES then replied, "Alright..."

76. On July 25, 2021, at approximately 3:44 p.m., ERICK SAENZ-SIMENTAL called YATES on the telephone and asked "Everything good?" YATES then said, "Yeah, I'm still waiting for the people from Akron to come." SAENZ-SIMENTAL then replied, "Oh, okay okay." YATES then said, "I'm still waiting for them to come, I actually just was on the other line, I wonder." SAENZ-SIMENTAL then replied, "Alright, so..." YATES then said, "I'm still waiting for like (unintelligible) the money, owe some money." SAENZ-SIMENTAL then replied, "Okay, waiting for more money, okay." YATES then said, "Yeah." SAENZ-SIMENTAL then replied, "Alright, um I will be here, okay?" YATES then said, "Okay."

77. On July 25, 2021, at approximately 4:31 p.m., YATES, ALLEN-LEWIS, and HARO-CHAVEZ engaged in a three-way telephone call. After initial greetings, ALLEN-LEWIS then said, "All right. I'm trying to get, convey some information to you. Right now, the situation is nasty. We got somebody hemmed up and time is running out on them. You're trynna off that people, based on neglect of (Unintelligible) on top of the business. Whatever is going on, on that side two things, we gotta come and get, we gotta get on it and be productive. If people don't

decide, they are getting frustrated and think that the lady's (HARO-CHAVEZ) playing games. So, to avoid all this game play we need to move on (Unintelligible) as we speak. We can't say something and don't move on it like that, the people that let us on this side, they're not playing, man. We need for ya'll to correspond ASAP. We (Unintelligible) and threw that so you can keep the, the lines open and the relationship. Other than that we gotta to communicate now." YATES then said, "Right, right, right. I understand that. I understand and I agree." ALLEN-LEWIS then replied, "But the, that's what I'm saying we gotta move quick. There's a life at stake. If they off this side s---'s only gonna get complicated for everybody. Is that what we need? I don't think so." YATES then said, "Right, right. Yeah…" ALLEN-LEWIS then replied, "If you can do a favor and can make things ex-expediate, just look what time it is, big bro." YATES then said, "Okay. I understand." ALLEN-LEWIS then replied, "All right. Do that." YATES then said, "Okay." HARO-CHAVEZ then replied, "Okay. Nard, do you got the number?" YATES then said, "Yes." HARO-CHAVEZ then replied, "Okay, okay. Give them a call please."

78. On July 25, 2021, at approximately 6:46 p.m., TYREE called YATES and left a voicemail, which stated, "Hey nard, Carmen (HARO-CHAVEZ) said can you call the people and take them the 20 ($20,000) so they will give more time to give them the rest (of the money). Talk to you later. Bye."

79. On July 25, 2021, at approximately 7:02 p.m., YATES, ALLEN-LEWIS, and HARO-CHAVEZ engaged in a three-way telephone call. During the conversation, ALLEN-LEWIS stated, "Man. Give you me your voice man, you gave me your word. It's two o'clock. Two hours has gone. What's going on? Give me your update on it (on collecting the drug proceeds owed)." YATES then said, "Uh, I'm waiting right now. He got, I'm waiting for another sixty ($60,000) from uh, my other, other, dude (LAMAR CHANEY) that D (DEON JOHNSON)

got me waiting on. I ain't even heard from him or nothin'. So, I don't know I'm trying to figure it out how to…" ALLEN-LEWIS then replied, "(Unintelligible) did you get, did (Unintelligible) so you can get these people up right now. We, we looking bad. We really looking bad. 'Cause gave our word. People's already … and they were stressing that (Unintelligible) to have thing set already. Now, they looking, look like they went with the wrong entity. That's not the what message I trying to put out there. He already was warned and was gonna speak with you on the things they talk also build from there. Come on man, we can't even prove our worth what does it look like, you know?" YATES then said, "Yeah, it does, it does look bad. It actually do." ALLEN-LEWIS then replied, "All right. Let's, let's see what we can do because they are already committed. (Unintelligible) they really think that we're f---ing playing games with them. It's not the message we tryin' to put out there, you know?" YATES then said, "Okay. Did, did, did you talk to that…" ALLEN-LEWIS then replied, "(Unintelligible) in two hours. People there can't even (Unintelligible), that's why I know about these things that (Unintelligible) whatever is not clear, not calling clear, you know? YATES then said, "Right. I definitely understand that." ALLEN-LEWIS then replied, "Now, and if you can mobilize it and see that's something (Unintelligible) as you don't just turn things around 'cause you don't have papers (money). That makes us not look like we are the loose (Unintelligible) in the process. He ain't going to get mad if we try to stay on point be able to (Unintelligible) out there. That's what I was thinking. So, what you think, man? What you think is (Unintelligible) in a situation after this? (Unintelligible). Hey man, what you think? What you think, big bro? Hey Mari (HARO-CHAVEZ)?" HARO-CHAVEZ then replied, "Yes?" ALLEN-LEWIS then replied, "Why is he (YATES) playing stupid?" HARO-CHAVEZ then replied, "I don't know. Nard (YATES), are you there?"

80. On July 25, 2021, at approximately 7:19 p.m., YATES and HARO-CHAVEZ spoke on the telephone. During the call, HARO-CHAVEZ asked YATES to "call the postman (SAENZ-SIMENTAL) and take the twenty ($20,000)" in order to get more time to collect. Later in the conversation, HARO-CHAVEZ asked YATES to take "whatever you have right now" to SIMENTAL and to tell him YATES would "come back with the other money." YATES then confirmed that he possessed, "twenty-five ($25,000)."

81. On July 25, 2021, at approximately 8:54 p.m., YATES and HARO-CHAVEZ spoke on the telephone. During the call, YATES informed HARO-CHAVEZ that CHANEY was out of town. HARO-CHAVEZ then responded, "Oh my god. Do you when he's coming back." YATES responded, "He said he'll be here tonight though so he said he'll be here at 11 o'clock tonight." HARO-CHAVEZ then said, "Ok. I'm sorry that you have go through all this but for real so oh my God I'm really sorry." YATES responded, "I'm thinking he was just doing something and he said he's out of town." HARO-CHAVEZ then said, "Ok. Ok. Ok. Let's give them the 150 ($150,000) between today and tomorrow. This is really really bad for real. That's my uncle's son and of course he's worried about it and ahhh. Did he call you today? He haven't called you? Have you talked to D (DEON JOHNSON)?" YATES replied, "No." HARO-CHAVEZ then said, "No? Ok. Alright. Take the 25 ($25,000) to this guy (SAENZ-SIMENTAL) and tell them you're going to be back with the rest of the money. Ok?" YATES then said, "Ok."

82. On July 25, 2021, at approximately 10:35 p.m., WILLIAMS called YATES on the telephone. YATES asked if WILLIAMS would "run to Snow Road" for him. WILLIAMS asked what she "needs to do" and YATES replied that she needed "to take my friend this money." T. WILLIAMS asked how much and YATES replied, "twenty-two ($22,000)."

83. On July 26, 2021, at approximately 12:44 a.m., YATES called SAENZ-SIMENTAL on the telephone. After initial greetings, YATES asked, "Are you right there?" SAENZ-SIMENTAL responded, "Yes." Later, YATES said, "Yeah, it's (the drug proceeds) in the bag." SAENZ-SIMENTAL said, "Ok." YATES then said, "Alright. Yeah. She (WILLIAMS) got it. She going to give it to you."

84. On July 26, 2021, at approximately 12:51 p.m., YATES called CHANEY on the telephone. After initial greetings, CHANEY said, "What's going on? They callin me early in the morning. Have DEON (DEON JOHNSON) and and Carmen (HARO-CHAVEZ). What's going on? What's going on today? YATES then said, "I don know. Uh, no they told me that uh grab some uh couple dollars (drug proceeds) from you and take it to their dude at the hotel (SAENZ-SIMENTAL). CHANEY responded, "Okay, well I.. I.. I call them but I ain't ready for all that. Alright." YATES then said, "Okay, okay, yeah, call them then, that what they tellin' me somehow." CHANEY then said, "Alright."

85. On July 26, 2021, at approximately 3:06 p.m., YATES and L. COTA-MEDINA spoke on the telephone. During the call, YATES asked, "Hey you said it's windows (methamphetamine) here?" COTA-MEDINA responded, "Yes." YATES then said, "Uh, could I, alright. So, should I contact uh Chu (JESUS COTA-MEDINA) or you? How can I get some?" COTA-MEDINA responded, "Me. It's the same (methamphetamine). Don't worry about that. How many do you need?" YATES then said, "Uh, I think 10 (pounds of methamphetamine." COTA-MEDINA asked, "10 (pounds of methamphetamine)?" YATES then said, "Yeah, I think so." L. COTA-MEDINA then said, "Okay."

86. On July 26, 2021, at approximately 5:21 p.m., YATES and L. COTA-MEDINA spoke on the telephone. During the call, YATES said, "Yeah, if you, if you guys can do it. I just

uh, buy them. If you, if you can, uh . . ." L. COTA-MEDINA replied, "Okay, look, look listen. We, we do this um, what do you think if uh, I'mma, I'mma give you ten (pounds of methamphetamine) and you pay five (pounds of methamphetamine)." YATES then said, "Okay, you said, say it again now." L. COTA-MEDINA replied, "Oh, I'mma, I, I'mma give you ten (pounds of methamphetamine) and you pay five (pounds of methamphetamine). And I'mma wait, I'mma wait for the rest of the money in like three, three days. That fine for you?" YATES replied, "Oh, okay, yeah, that should be fine." Later in the conversation, YATES then said, "I can go to him and just grab the one or two (pounds of methamphetamine), and we can do the rest (of the pounds of methamphetamine) tomorrow." L. COTA-MEDINA replied, "Okay, let me, let me uh, send it to him, and . . ." YATES then said, "I can just come and get the one (pound of methamphetamine)." L. COTA-MEDINA replied, "Uh-huh." YATES then said, "I can just come and get the one (pound of methamphetamine) right now from him (PRIETO) and we can do everything else tomorrow."

87. On July 26, 2021, at approximately 9:41 p.m., YATES called SAENZ-SIMENTAL on the telephone. After initial greetings, YATES said, "I should be, uh, to you with fifty…five…about like 11 ($55,000 at 11 o'clock)." SAENZ-SIMENTAL responded, "Sounds good." YATES then said, "Same girl (WILLIAMS)." SAENZ-SIMENTAL responded, "Sounds good…"

88. On July 27, 2021, at approximately 1:29 p.m., YATES and L. L. COTA-MEDINA spoke on the telephone. After initial greetings, COTA-MEDINA asked, "So, how many (pounds of methamphetamine) do you need?" YATES then said, "Uh I, I could just, that's what I was sayin'. So, am I just gonna buy a few (pounds of methamphetamine) right now or you wanted to do what you had said before, or what?" L. COTA-MEDINA replied, "Uh-huh. What,

whatchu' say? You, you have the money for pay five (pounds of methamphetamine)?" YATES then said, "Uh, yeah I could get the money for five (pounds of methamphetamine) if that's what . . ." L. COTA-MEDINA replied, "Okay look, look, you pay five (pounds of methamphetamine) and I'mma give you ten (pounds of methamphetamine) and I'mma wait for you like three days for, for, for the rest of the money." YATES then said, "Okay."

89. On July 27, 2021, at approximately 3:30 p.m., YATES, L. COTA-MEDINA, and PRIETO engaged in a three-way telephone call. During the call, PRIETO said, "Wait, uh… you tell him (YATES) to come down in two hours, if he (YATES) wants." L. COTA-MEDINA replied, "In two hours?" PRIETO replied, "To the same place where, where he (YATES) sent the woman (BITTING)." L. COTA-MEDINA replied, "Okay, uh, he (PRIETO) say, if you want, in two hours you came to the same place to you, you sent your girl (BITTING). That's fine for you?" YATES then said, "And will it be there?" L. COTA-MEDINA replied, "Yeah, the, the, the store you sent the, the girl (BITTING)? The other day to give him (PRIETO) money." YATES then said, "Yeah, I'm saying would them windows (methamphetamine) be there?" L. COTA-MEDINA replied, "Yeah. Yeah, yeah. He's (PRIETO) say in two hours, he's meet you right there and he's give you the, the, the windows (methamphetamine) and you give the money." PRIETO replied, "She say, she say, she (L. COTA-MEDINA) say you're gonna grab ten (pounds of methamphetamine) and you're gonna get, pay five (pounds of methamphetamine)." L. COTA-MEDINA replied, "Oh, you want, you want get the five (pounds of methamphetamine) and you pay it and when you have chance, if you want the other five (pounds of methamphetamine), I can give you the other five (pounds of methamphetamine)." YATES then said, "Like, if I pay for two (pounds of methamphetamine), will you just give me two more (pounds of methamphetamine)?" PRIETO replied, "No no, she's (L. COTA-MEDINA) saying, she's saying, listen she's

saying…She….” L. COTA-MEDINA replied, “Tell him, tell him, tell him that it’s fine. He’s going to pay you for two (pounds of methamphetamine), and you … two (pounds of methamphetamine) more, so then grab four (pounds of methamphetamine).” PRIETO replied, “Okay, four (pounds of methamphetamine). You gonna take two (pounds of methamphetamine) and you gonna grab two more (pounds of methamphetamine). Alright?” YATES then said, “And I’m gonna, yeah, so I’m gettin’ four total (pounds of methamphetamine), but I’mma owe for two (pounds of methamphetamine).” PRIETO replied, “Oh, you gonna get four total (pounds of methamphetamine), but you’re gonna pay two (pounds of methamphetamine).”

90. On July 27, 2021, at approximately 6:52 p.m., YATES and JEFFERSON spoke on the telephone. During the call, JEFFERSON asked, “You get some other windows (methamphetamine)?” YATES then said, “Yup yup, actually headed there now.” JEFFERSON replied, “You on your way down here on Hough?” YATES then said, “No, uh grab the windows (methamphetamine).” JEFFERSON replied, “Oh… oh, okay, ‘cause old boy’s callin’.” YATES then said, “Yeah, tell him yeah, and matter of fact I’m ‘finna, you over, I’ll be to you in like thirty minutes.” JEFFERSON replied, “I’ll be here waitin’ on you.” YATES then said, “Alright.”

91. On July 27, 2021, at approximately 7:26 p.m., YATES received a telephone call from BITTING. BITTING informed YATES that she was just getting off the freeway, and estimated she was two or three minutes away. BITTING then asked “It’s gonna be the same person?” YATES then said “It’s gonna be the same person, (PRIETO) and you can meet me on Hough and give it to me.”

92. On July 27, 2021, at approximately 7:28 p.m., PRIETO, while at the Abbey Market Grocery Store, 19xx Abbey Ave., Cleveland, Ohio, walked up to BITTING’s blue Hyundai with a bag containing controlled substances and placed it in the vehicle. BITTING

handed PRIETO a black plastic bag, which contained U.S. currency. BITTING and PRIETO then drove from the area.

93. On July 27, 2021, at approximately 10:01 p.m., YATES called BITTING on the telephone. During this call, BITTING informed YATES that she "counted four rubber bands (4 $1,000 rubber banded stacks of currency)" and "gave four" to PRIETO.

94. On July 29, 2021, at approximately 1:04 p.m., JOHNSON called YATES on the telephone. During the call, JOHNSON asked, "Did you get, take care, on top of that situation yet?" YATES then said, "Nope, nope. I'll do that after I hop out this water though. I mean, I ain't had the cash on me anyway. I was out this morning but I ain't even have no bread on me like that." JOHNSON replied, "Okay, Alright. But uh, that's what I was abouta' tell you, you need to catch up with old girl in Akron." YATES then said, "Huh?" JOHNSON replied, "You ain't catch back up with old girl with the uh frames (methamphetamine) yet, did you?" YATES then said, "Nope, nope, nope." JOHNSON replied, "Uh, I was gonna tell you to tell, um call, call um Boo' girl, and tell him, you know what I mean. And give uh 26 dollars, 27 dollars a piece ($2,600-2,700 per pound of methamphetamine)." YATES then said, "Okay, okay. Yeah, I'll do that." JOHNSON replied, "Yeah, that's all, you just got to do somethin'..."

95. On July 30, 2021, at 3:34 p.m., YATES called JEFFERSON on the telephone. YATES said, "Hey, I got some more of them joints if he want them." JEFFERSON replied, "He want all of them, how many of them he got?" YATES then said, "I ain't even ask, I was checkin' with you first." JEFFERSON replied "Yup, all of them."

96. On July 30, 2021, at 4:20 p.m., JEFFERSON called YATES on the telephone. YATES asked JEFFERSON "how much of that s--- (drugs) with (Unintelligible) is left?"

JEFFERSON responded that he wasn't sure because he "already put it on a cup" and has "at least 4."

97. On July 30, 2021, at approximately 8:11 p.m., YATES and L. COTA-MEDINA spoke on the telephone. YATES asked, "Hey, so how much am I supposed to be bringing you?" COTA-MEDINA then replied, "Right now, uh, let me see. Let me see one second. I think is, okay. Check the, okay, um. Okay, so you owe two, two (pounds of methamphetamine) plus four hundred ($400), you owe and then you pay two more (pounds of methamphetamine), right?" YATES then said, "Right." COTA-MEDINA then replied, "Ten ($10,000)." YATES then said, "Huh?" COTA-MEDINA then replied, "Ten thousand." YATES then said, "Ho-how you get ten ($10,000)?" COTA-MEDINA then replied, "Okay, listen. Um, four windows (four pounds of methamphetamine) were delivered to him. Okay, uh he's give you four (four pounds of methamphetamine) and you give him four thousand ($4,000)." YATES then said, "Right." COTA-MEDINA then replied, "Right? Okay, and then you owe four hundred ($400) right there." YATES then said, "Yeah." COTA-MEDINA then replied, "Okay. So, you pay uh, forty-eight ($4,800), the uh, the other two (pounds of methamphetamine)." YATES then said, "Why would it be forty-eight ($4,800)?" COTA-MEDINA then replied, "I mean, I mean, I mean, I mean, so, so, so, so for-, forty-four ($4,400). Okay, is, okay one second. Eighteen hundred plus four, four, four hundred. Okay, done. Yeah, I know. Eighteen hundred plus four, four hundred, equals, um two thousand two hundred. Minus…" YATES then said, "Nine." COTA-MEDINA then replied, "Nine thousand, two hundred ($9,200)." YATES then said, "Ninety-two ($9,200)?" COTA-MEDINA then replied, "Nin-, nine, two ($9,200) yeah."

98. On July 30, 2021, at approximately 8:28 p.m., YATES and L. COTA-MEDINA spoke on the telephone. After greeting, YATES then said, "Yeah, she got nine thousand ($9,000)

even. It 'pose to be ninety-two hundred ($9,200). I, I…" COTA-MEDINA then replied, "Uh." YATES then said, "(Unintelligible) lost it and two hundred ($200) is with me. But…She got nine thousand ($9,000)." COTA-MEDINA then replied, "Uh." YATES then said, "So, for the next round, I'm gonna owe two hundred ($200) extra."

99. On August 2, 2021, at approximately 1:16 p.m., during a phone call, BURRELL told YATES that he needs the "whole fifty-five (grams of fentanyl pills)."

100. On August 2, 2021, at approximately 3:11 p.m., during a phone call, BURRELL directed YATES to Wendy's in Portage, Ohio rather than the McDonalds. YATES informed BURRELL that he send his "BM (baby momma)." BURRELL reminded YATES that they met at McDonald's "last time." YATES responded that it wasn't his "BM (baby momma) that came last time."

101. On August 2, 2021, at approximately 3:20 p.m., YATES and WILLIAMS spoke on the phone. During the call, YATES told WILLIAMS to meet with WATSON who was in a "light blue Sonata or something. A little Hyundai."

102. On August 2, 2021, at approximately 3:51 p.m., WATSON possessed 55 grams of fentanyl branded as 30 milligram oxycodone pills.

103. On August 2, 2021, at 9:09 p.m., YATES spoke with MICHELLE HUNTER on the telephone. During the call, YATES asked about when HUNTER would arrive. HUNTER responded, "12 minutes."

104. On August 2, 2021, beginning at approximately 9:09 p.m., YATES and FLORES-MORALES engaged in the following series of text messages:

| ***Time*** | ***Sender*** | ***Recipient*** | ***Message*** |
|---|---|---|---|
| *9:09* | YATES | FLORES-MORALES | 12 minutes |

| | | | |
|---|---|---|---|
| *9:20* | FLORES-MORALES | YATES | K |
| *9:21* | YATES | FLORES-MORALES | Outside she in a black Nissan Altima with black tint |
| *9:22* | FLORES-MORALES | YATES | I'm behind |

105. On August 2, 2021, at approximately 9:24 p.m., YATES and HUNTER spoke on the phone. During the call, YATES asked HUNTER if FLORES-MORALES said, "how much (money) was in there." HUNTER told YATES that FLORES-MORALES "wasn't sure." YATES then asked who HUNTER met with and HUNTER responded, "a guy in a black shirt (FLORES-MORALES)." YATES asks then asked "how much money" FLORES-MORALES provided. HUNTER responded that she "never counted it."

106. On August 2, 2021, at approximately 9:31 p.m., YATES and HARO-CHAVEZ spoke in the telephone. During the call, YATES told HARO-SANCHEZ that he already delivered "some money" and he will deliver "some more" money in 45 minutes to an hour. HARO-CHAVEZ asked "how much" and YATES responded that delivered "27 ($27,000) already" and trying to collect "another 13($13,000)" to make it an "even 40 ($40,000)."

107. On August 2, 2021 at 10:03 p.m., YATES and FLORES-MORALES spoke on the telephone. During the call, YATES said, "Hey, I'm finna bring you some-, finna send you some more (drug proceeds). You wan' uh, wanna go to that same address?" FLORES-MORALES replied, "Yeah, I'm, I'm close by." YATES then said, "Huh?" FLORES-MORALES replied, "How long? Yeah, how long would it take?" YATES then said, "Uh, I'm finna call and see, but it might take like twenty minutes, like twenty, twenty-five and (Unintelligible)." FLORES-MORALES replied, "Can you uh, can you ask me uh, a favor, bro?" YATES then said, "What?"

FLORES-MORALES replied, "If you can um, put it in a like uh, McDonald's bag or something?" YATES then said, "Okay, okay."

108. On August 2, 2021, at approximately 10:10 p.m., YATES texted WILLIAMS and said, "16xxx snow rd brook Park 44142" and "Let me kno after u see him[.]"

109. On August 2, 2021, at approximately 10:18 p.m., YATES spoke with LANIER on the telephone. LANIER asked if WILLIAMS "made it up here (to collect $10,000)." At approximately 10:19 p.m., YATES and LANIER spoke again and YATES asked if LANIER is "in a Sonata" and LANIER responded that WILLIAMS "must be behind" him.

110. On August 2, 2021, at approximately 10:30 p.m., YATES spoke with WILLIAMS on the telephone. After greeting, YATES then said, "You headed to uh Snow, or whatever that hotel at?" WILLIAMS then responded, "Yeah, that's where I'm supposed to be goin', right?" YATES then said, "Yeah, yup yup." Later in the call, WILLIAMS asked, "And how much money is this?" YATES then said, "Uh, that should be 10 ($10,000)"

111. On August 2, 2021, at approximately 10:46 p.m., YATES spoke with HARO-CHAVEZ on the telephone. After greeting, HARO-CHAVEZ asked, "Okay, so you're going to go collect it or you're going to go see the postman (FLORES-MORALES)? They're asking me right now." YATES then said, "Um, go see the postman (FLORES-MORALES)." HARO-CHAVEZ replied, "Okay, you about to go see him right now. Okay. Okay, they asking me like, how much you got on your hands right now." YATES then said, "10 ($10,000)." HARO-CHAVEZ replied, "Huh?" YATES then said, "10 ($10,000)." HARO-CHAVEZ replied, "10 ($10,000). Okay, okay. Uh, okay, they're asking me, what about the rest?" YATES then said, "What it was supposed to be?" HARO-CHAVEZ replied, "It's supposed to be 75 ($75,000) tonight." YATES then said, "Oh no, it's only gonna be 40 ($40,000) tonight." HARO-CHAVEZ

replied, "It's gonna be 40 ($40,000) for tonight? Okay." YATES then said, "It's gon' be, it's gonna be 40 ($40,000) tonight." Later in the call, HARO-CHAVEZ replied, "Okay, so because they're listening to you right now okay, I just wanna make sure that we could make it tomorrow before noon. Like I say, with the, with the full number of 75 ($75,000)."

112. On August 2, 2021, at approximately 10:53 p.m., YATES spoke with FLORES-MORALES on the telephone. YATES said, "Hey, she outside in a gold Nissan Altima." FLORES-MORALES responded, "Alright." YATES then said, "It's like a champagne color, like a goldish." FLORES-MORALES responded, "It's not the same?" YATES then said, "Nope, nope, the other one was black. This one (the car) like goldish."

113. On August 2, 2021, at approximately 11:43 p.m., BUTTRAM texted YATES, "I got something (drug proceeds) for you."

114. On August 3, 2021, at approximately 9:23 p.m., YATES and HARO-CHAVEZ spoke on the telephone. During the call, YATES told HARO-CHAVEZ that he tried to call FLORES-MORALES in order to bring another "eight ($8,000)." HARO-CHAVEZ then told YATES he is "behind ten ($10,000)" and to "call the postman (FLORES-MORALES)."

115. On August 3, 2021, beginning at 9:32 p.m., YATES, JOHNSON, and FLORES-MORALES engaged in a series of text messages:

| ***Time*** | ***Sender*** | ***Recipient*** | ***Message*** |
|---|---|---|---|
| *9:32* | YATES | FLORES-MORALES | Are you at the same place |
| *9:33* | FLORES-MORALES | YATES | Yeah |
| *9:39* | JOHNSON | YATES | Bro, I can't call back tonight, but make sure you drop the bread off tonight before you get your night started. That being said, we did it. Now it's on!!! |

| | | | |
|---|---|---|---|
| *9:39* | YATES | JOHNSON | Thanks |
| *9:42* | FLORES-MORALES | YATES | What up talk to me |
| *9:49* | YATES | FLORES-MORALES | Can you meet me or do I have to come to you |
| *9:50* | FLORES-MORALES | YATES | Can u come bro my parter is doing something else and he has truck |
| *10:09* | YATES | FLORES-MORALES | Ok |
| *10:10* | FLORES-MORALES | YATES | How long will you b here |

116. On August 3, 2021, at approximately 9:23 p.m., YATES and FLORES-MORALES spoke on the telephone. During the call, YATES said, "A'ight, she's (WILLIAMS) gonna bring you another eight ($8,000), right now." FLORES-MORALES replied, "Yeah, how long will she take you, you said?" YATES then said, "We're on West Twenty-eight, uh probably about twenty minutes, fifteen, twenty minutes, and she'll be outside…" FLORES-MORALES replied, "This-, uh, uh, what car is this, the, the goldish? YATES then said, "It, no it is like…" FLORES-MORALES replied, "The black one?" YATES then said, "… goldish. Yeah goldish, goldish." FLORES-MORALES replied, "Okay, just send her to park in the same, at the same spot for yesterday."

117. On August 3, 2021, at approximately 11:45 p.m., YATES and WILLIAMS spoke on the telephone. WILLIAMS told YATES, "But I gave him that hundred that you had just gave me. So..." YATES then said, "So, what it was short?" WILLIAMS then responded, "I just, I gave him 79 ($7,900). It was short a 100."

118. On August 4, 2021, at approximately 4:58 p.m., YATES and L. COTA-MEDINA spoke on the telephone. During the conversation, YATES asked, "Yeah are ever-, is the win-, everything (methamphetamine) still available?" L. COTA-MEDINA replied, "Mm, yup!"

YATES then said, "Uh, what time do you think uh, I can send her (BITTING) over there." L. COTA-MEDINA replied, "Um, let me call the guy (PRIETO)." YATES then said, "Or he, or could he come to me? Or he still got car trouble?" L. COTA-MEDINA replied, "He, he don't have, uh-huh. He still have that other thing probab-, but the, let me… Let me call him and, and, and see if you, he's can uh get a ride for uh, how many, how many do you need?" YATES then said, "Oh, we can do the same thing, 'cause I owe you for two (pounds of methamphetamine), right?" L. COTA-MEDINA replied, "Yes." YATES then said, "Yeah, we can do the same thing."

119. On August 4, 2021, at approximately 5:57 p.m., YATES and L. COTA-MEDINA spoke on the telephone. During the conversation, L. COTA-MEDINA informed YATES that PRIETO was not available on August 4, 2021. YATES then said, "Could I start gettin' more (methamphetamine)? 'Cause I be needin' them every couple days." L. COTA-MEDINA replied, "Okay, lemme, lemme call and maybe yeah, maybe I think." YATES then said, "How many left over there?" L. COTA-MEDINA replied, "Um, I need to check. I need to check first and then see um... Let, lemme talk to my brother and see how many more would I, am I give you extra (pounds of methamphetamine)." YATES then said, "Alright, yeah, let me know exactly how many over there 'cause I got orders but, you know, I be, they be on hold 'cause I been tryin' to get that." L. COTA-MEDINA replied, "Alright, okay. Okay." YATES then said, "Alright, 'cause you see, I'm tryina' get them. Call me right back. How long before you call me back?" L. COTA-MEDINA replied, "Okay. Uh, lemme call to Mexico and then like, like uh twenty minutes."

120. On August 5, 2021, at approximately 10:20 p.m., YATES and Acuna-Quintana spoke on the telephone. YATES answered, "Hello." Acuna-Quintana replied, "Hello? Is this Nard?" YATES then said, "Yep." Acuna-Quintana replied, "Uh, Dia Linda (HARO-CHAVEZ)

gave me your number. I have two presents (two kilograms of fentanyl) for you." YATES then said, "Okay, okay." Acuna-Quintana replied, "Yeah, um can you come up to me? Or do I come up to you?" YATES then said, "Where you at?" Acuna-Quintana replied, "I can send you the address." YATES then said, "Yeah, send me the address really quick." Acuna-Quintana replied, "Okay, thank you."

121. On August 5, 2021, beginning at approximately 10:23 p.m., YATES and Acuna-Quintana engaged in the following series of text messages:

| ***Time*** | ***Sender*** | ***Recipient*** | ***Message*** |
|---|---|---|---|
| *2223* | Acuna-Quintana | YATES | 60xx Quarry ln independence , OH |
| *2223* | Acuna-Quintana | YATES | Red roof inn #135 |
| *2229* | Acuna-Quintana | YATES | Did you got the addres? |
| *2230* | YATES | Acuna-Quintana | Yes can you come to me |
| *2230* | Acuna-Quintana | YATES | Can u send me the addres? |
| *2230* | YATES | Acuna-Quintana | 30xxx Lake Shore Blvd Willowick, OH 44095-3615 United States |
| *2236* | Acuna-Quintana | YATES | 35 minutes ok |
| *2236* | YATES | Acuna-Quintana | Ok |
| *2237* | Acuna-Quintana | YATES | Tanks |
| *2302* | Acuna-Quintana | YATES | Nissan white |

122. On August 5, 2021, at approximately 11:16 p.m., YATES and Acuna-Quintana spoke on the telephone. YATES said, "So, I'm really uh, I'm about fifteen minutes away from you. But my girl got the car when her pull up with the car. So, you…" Acuna-Quintana replied, "Uh." YATES then said, "…wanna wait right here, till she get here or what?" Acuna-Quintana

replied, "No, no. You, you can send me the address and I'll go to you. Yeah." YATES then said, "Okay. I'm finna send it right now." Acuna-Quintana replied, "Yeah, please and thank you."

123. On August 5, 2021, beginning at approximately 11:18 p.m., YATES and Acuna-Quintana engaged in the following series of text messages:

| *Time* | *Sender* | *Recipient* | *Message* |
|---|---|---|---|
| 11:18 | YATES | Acuna-Quintana | 14xx clearaire rd Cleveland Ohio 44110 |
| 11:19 | Acuna-Quintana | YATES | I'm on my way |
| 11:19 | Acuna-Quintana | YATES | I'll b there in 15 minutes |
| 11:20 | YATES | Acuna-Quintana | Ok |
| 11:33 | Acuna-Quintana | YATES | We here already |

124. On August 6, 2021, during a traffic stop, at approximately 10:28 p.m., Quintana-Madrid, Acuna-Quintana, and Erick Cardenas-Chavez possessed with the intent to distribute 1003.00 grams of fentanyl. Quintana-Madrid, Acuna-Quintana, and Cardenas-Chavez also possessed $42,960 in United States currency.

125. On August 6, 2021, at approximately 2:58 p.m., JOHNSON called YATES on the telephone. During the conversation, JOHNSON asked, "Did my girl send you an address to like a hotel or something yesterday (August 5, 2021)?" YATES then said, "Yeah, yup." Later in the conversation, JOHNSON replied, "How many presents (kilograms of fentanyl) was it?" YATES then said, "2."

126. August 8, 2021, at approximately 4:49 p.m., JOHNSON called TYREE on the telephone. During the conversation, JOHNSON said, "I sent you something on WhatsApp, it's, it's a woman's name (Myriam Quintana-Madrid). But, I talked to my dude and he say it's, it's this

woman. He, he, he think she ran off or something. But he uh, he, he just wanna confirm she in the jail. And say he ain't trust her with something. And he say she ain't, won't answer the phone, not for him. So, it's my dudes brother over there." TYREE then said, "Mmm." JOHNSON then replied, "So, I told her I'd check. Can you, can you, can you, can you check and see if that-. You got a bondsman number or somethin'? You know, a bondsman?" TYREE then said, "Um-um. I me-, why can't I just, uh, call him?" JOHNSON then replied, "Call? Oh, yeah. Okay yeah you can do that. You just call or somethin'. I sent the, the name to your WhatsApp."

127. On August 8, 2021, at approximately 7:38 p.m., YATES called JEFFERSON on the telephone. After initial greetings, YATES asked JEFFERSON "how many" does he want? JEFFERSON and YATES then agreed that YATES would leave "fifteen" for JEFFERSON.

128. August 8, 2021, at approximately 9:10 p.m., JOHNSON called TYREE on the telephone. During the conversation, TYREE informed JOHNSON that, "Oh, uh. I, they didn't have anybody." JOHNSON then replied, "Okay, alright. (Unintelligible) okay, alright. Perfect. I'll let him know that she must have (unintelligible)." TYREE then said, "Oh." JOHNSON then replied, "Okay. Matter'fact, call, call uh, call Carmen (HARO-CHAVEZ) let her know."

129. On August 9, 2021, at approximately 2:34 p.m., JEFFERSON called YATES on the telephone. After initial greetings, JEFFERSON asked, "Did you leave them things over here?" YATES then said, "Yeah, yup." JEFFERSON replied, "But…" YATES then said, "I le-, I left all mines though. So uh, only take, whatchu' need, ten (quantities of drugs)?" JEFFERSON replied, "I'mma get fifteen (quantities of drugs)." YATES then said, "Yeah, only take fifteen (quantities of drugs) then."

130. On August 10, 2021, at approximately 7:06 p.m., L. COTA-MEDINA called YATES on the telephone. After initial greetings, L. COTA-MEDINA asked, "I got, I have

question for you." YATES then said, "Ok, what is it?" L. COTA-MEDINA replied, "Okay um, now - how many windows (pounds of methamphetamine) you take a'ready?" YATES then said, "Uh…" L. COTA-MEDINA replied, "In, in total, how ma, how many (pounds of methamphetamine)?" YATES then said, "Uh, I take ten (pounds of methamphetamine)." L. COTA-MEDINA replied, "Ten (pounds of methamphetamine)?" YATES then said, "Yeah, they ten (pounds of methamphetamine). Uh, well what number do you have?" L. COTA-MEDINA replied, "No, no, no, no, no, no 'cause, uh, um, uh, um-. I counted (pounds of methamphetamine) right now to see how many left. They having in uh, left uh, the guy right there." YATES then said, "Well…" L. COTA-MEDINA replied, "That's why." YATES then said, "Okay." L. COTA-MEDINA replied, "Yeah, that's why I'm ask you to um, he say uh, he have only like ten and a half (pounds of methamphetamine) and, and they-, I'm looking for the everything. Because is supposed to be twenty-three and a half (pounds of methamphetamine)." YATES then said, "Oh yeah, I don't know about-, oh…" L. COTA-MEDINA replied, "Yeah, but doesn't like-, but do one-, but I like-, I'mma ask you how many…" YATES then said, "Right." L. COTA-MEDINA replied, "… you take a'ready, so, yeah." YATES then said, "Yeah, I think the very first time I grab two (pounds of methamphetamine)." L. COTA-MEDINA replied, "Yeah…" YATES then said, "And then, we did the-, I owed the two (pounds of methamphetamine) twice. I, you, the very first I'mma grab two (pounds of methamphetamine), and then the four (pounds of methamphetamine) …" L. COTA-MEDINA replied, "Yeah, the first one is two (pounds of methamphetamine), yeah in July twenty-two (July 22, 2021) you get two (pounds of methamphetamine) and you pay the, the next day (July 23, 2021), you paid the money the next day. And then July twenty-seven (July 27, 2021) you take four (pounds of methamphetamine)." YATES then said, "And I owed it for two (pounds of methamphetamine)." L. COTA-MEDINA

replied, "Yeah, and you owe for two (pounds of methamphetamine), right. And then, you, you take another four (pounds of methamphetamine) you paid the, the, the two (pounds of methamphetamine) and you take the other four (pounds of methamphetamine), you paid two (pounds of methamphetamine) and you owe two (pounds of methamphetamine), right?" YATES then said, "Right. So, that's ten (pounds of methamphetamine). That's how I got ten (pounds of methamphetamine)." L. COTA-MEDINA replied, "Okay. Okie-dokie."

131. On August 10, 2021, at approximately 7:38 p.m., LIDIA COTA-MEDINA, JESUS COTA-MEDINA, and YATES engaged in a three-way telephone call. After initial greetings, YATES said, "Okay. No, I was finna head over to him, I was 'finna head myself because I got uh, a situation of uh, I was gonna ask you. Will he be able to ride with me, to go meet my people? Or could I just bring it back to you today, the money? Because, I'm already in the area and my peoples is too. And you know I gotta go all the way east to grab the money. So, wha-, would you be able to let me grab it and just bring you back the money, or send my girl back with the money?" L. COTA-MEDINA replied, "The thing is I need the money 'cause, I'mma, I'mma give you um, I'mma give you extra three and a half (pounds of methamphetamine)." YATES then said, "Right, but I'm sayin', I think you'll have the money today for sure is just that I'm already in the area I will have to-, you know the address that I be sending you to. I will have to go there to grab the money, which is about thirty minutes away and my people is a'ready in this area." L. COTA-MEDINA replied, "Oh my God…" YATES then said, "Like would you be like-, he's-. that's why I said he even can get ride with me if he got the time to, he can ride with me." L. COTA-MEDINA replied, "Let me one second, let me one second… Chuey?" J. COTA-MEDINA then said, "What?" L. COTA-MEDINA replied, "He's telling me that, that he's in the area, and that his people I don't know what. But if he can get

them and that he's going to grab the money, and that he will be bringing the money back to me." J. COTA-MEDINA then said, "Don't take too long because (Unintelligible)." L. COTA-MEDINA replied, "Well, I don't know for sure. He says that he has to go to the East side to pick up the money. Mm, I don't know." YATES then said, "Is he able to do it?" L. COTA-MEDINA replied, "No, 'cause I, I talk to him, I have him in, in the phone and he say, 'the thing is the, the, the all the guy is there to pick up the money.' That's why." J. COTA-MEDINA then said, "In how much time will he do it?" L. COTA-MEDINA replied, "Is just that they will tell you a time and then they'll take another hour. I told him that he will be taking um, three and a half more (pounds of methamphetamine). Do you understand? So, he has to pay those two (pounds of methamphetamine) and has to pay another two (pounds of methamphetamine), do you understand? We can't let him take those two (pounds of methamphetamine), he has to pay the other two (pounds of methamphetamine). Do you understand? It's going to be double for, for what, for five for, seven and a half (pounds of methamphetamine), well, it's up to you." J. COTA-MEDINA then said, "That's a lot of money." L. COTA-MEDINA laughed, "Uh- huh, exactly… Yeah 'cause he said, the guy is ready to pick up the money for the old two (pounds of methamphetamine) and the new two (pounds of methamphetamine), that's why…. That's why he's give you the extra three and a half (pounds of methamphetamine)." YATES then said, "You said what?" L. COTA-MEDINA replied, "Cause the, the, the guy. The guy he's already there to pick up the money for the old two (pounds of methamphetamine) and the, the, the two new ones (pounds of methamphetamine). That's why he's, he's give you the extra three and a half more (pounds of methamphetamine). You know what I'm sayin'?" YATES then said, "Okay, well uh, I'm 'finna call my dude and see if he awaits me to go to the East side." L. COTA-MEDINA replied, "Okay…" YATES then said, "If not, we'll do it in the morning. So…" L. COTA-

MEDINA replied, "Okay, okay." YATES then said, "If he say he can't wait, then I'll just uh-, I'll come over there in the morning." L. COTA-MEDINA replied, "Okay."

132. On August 10, 2021, at approximately 8:17 p.m., L. COTA-MEDINA, YATES, and PRIETO engaged in a three-way telephone call. After initial greetings, YATES then said, "What happened as far as what?" L. COTA-MEDINA replied, "Um, he said you give, you give to him thirty-eight hundred ($3,800)." YATES then said, "No, I gave him eighty-eight ($8,800)." L. COTA-MEDINA replied, "No, he say thirty-eight hundred ($3,800). Look…" YATES then said, "It's eighty-eight ($8,800)." L. COTA-MEDINA replied, "Look, one second. Don't hang up, don't hang up." YATES then said, "It's eighty-eight ($8,800), I mean, what he prolly only told you what one of 'em is." L. COTA-MEDINA replied, "Wait wait wait wait, don't hang up." Later in the call, YATES then said, "Yes. Barber (PRIETO)! He on the phone?" L. COTA-MEDINA replied, "No, he said. Yeah, he's (PRIETO) on the phone." YATES then said, "Barber (Phonetic), no, one of 'em was five ($5,000) and the other one was thirty-eight ($3,800). I gave you two different things." PRIETO then said, "Oh, oh so you give him you, you, you give eight, eight, eight hundred?" YATES then said, "Yes." PRIETO then said, "No, eight thousand, eight hundred ($8,800)?" YATES then said, "Yes." PRIETO then said, "Okay, alright."

133. On August 16, 2021, at 12:14 p.m., TYREE and BUTTRAM spoke on the telephone. During the call, TYREE said, "I got a message for you." BUTTRAM replied, "Alright." TYREE then said, "Uh, DEON (JOHNSON) wants you and Lowanda to get a money order, and then wire it." BUTTRAM replied, "Okay." TYREE then said, "To this address he gave me. Or this company he gave me." BUTTRAM replied, "Oh, okay." TYREE then said, "Alright. I'll, uh text you the information." BUTTRAM replied, "Alright." TYREE then said, "You, you gotta come and get uh, I think come and get the money."

134. On August 16, 2021, at 1:54 p.m., TYREE and BUTTRAM spoke on the telephone. During the call, BUTTRAM said, "Where your mailbox at, in the front or the side?" TYREE then said, "In the front." BUTTRAM responded, "In the backyard … and uh, you know, who is going to, and how much and whatever in the envelope. If not just come and get it in a minute 'cause I don't want you to be late." TYREE then said, "Well how long is gone, 'cause I, I'm a leave by here 'bout twenty after. Or twenty-five after. I don't feel comfortable leaving it outside."

135. On August 16, 2021, at 2:25 p.m., TYREE texted BUTTRAM, "Beneficiary Name: (Company-1) Inc. Address: (Redacted Address), Fremont, CA 94538 Bank Name: Chase Bank Account Number: (Redacted Account Number) Routing Number (Direct Deposit & ACH Transfer): (Redacted Routing Number) $8760.00 $8550.00 Don't forget bro, aside from the name and address all you need to put on the money order is the account number (Redacted Account Number) and the routing number: (Direct Deposit & ACH Transfer): (Redacted Routing Number)[.]"

136. On August 16, 2021, at 3:32 p.m., TYREE and BUTTRAM spoke on the telephone. During the call, BUTTRAM informed TYREE that, "Okay, it's done." TYREE then said, "Oh, alright." BUTTRAM responded, "Yeah, tell him (JOHNSON) to call me anyway. Um, and she saying it don't appear like they gonna need to hold nothin'. You know how the certain amount they, they might have hold some of it." TYREE then said, "Uh-huh."

137. On August 16, 2021, at 7:23 p.m., TYREE and UNDERWOOD spoke on the telephone. During the conversation, TYREE said, "Um, I forgot what I was going to tell you, darnet. Well, anyways, I started counting the money it's in a bag." UNDERWOOD replied, "What?" TYREE then said, "The money is in a bag." UNDERWOOD replied, "What money?"

TYREE then said, "The two-twelve's we would be taking to get the, certified check and deposit it into Chase Bank." UNDERWOOD replied, "What?" TYREE then said, "That's what we first discussed this morning, DEON. That he was going to pay you two…" UNDERWOOD replied, "No, no, no, no. No, no, you, you told me it was a wire transfer... Yeah, I see…" TYREE then said, "No, no, no…" UNDERWOOD replied, "Yes, you did." TYREE then said, "No, no, no, I said he wants you to get a money order. And then deposit it into Chase Bank. Well, Boope (BUTTRAM) is saying that he... They wouldn't…. You couldn't get a money order is …You can't get a money order but in certain increments." UNDERWOOD replied, "Um-hum." TYREE then said, "Boope (BUTTRAM) had to get a certified check…" UNDERWOOD replied, "Um-hum." TYREE then said, "…and deposit into Chase Bank." UNDERWOOD replied, "Under my name?" TYREE then said, "No, it's gonna be made out to…" UNDERWOOD replied, "(Unintelligible)" TYREE then said, "Write it down a in a piece of paper." UNDERWOOD replied, "Alright." TYREE then said, "I figured you can do it first thing in the morning if you want…"

138. On August 16, 2021, at 7:32 p.m., TYREE and UNDERWOOD spoke on the telephone. During a conversation about their dogs, TYREE then said, "You get ready to get on the floor, Princess (TYREE's dog)." UNDERWOOD replied, "Oh, Lord." TYREE then said, "Princess trampling through the money, and it going everywhere. Anyway, I'll try to call you back later on. Let me get this money off of this bed."

139. On August 17, 2021, at approximately 9:38 a.m., YATES and JEFFERSON spoke on the telephone. During the call, JEFFERSON said, "JEFFERSON said, "Uh no, that's where you want me to go". YATES then replied, "Oh, that's where I need to get in at, Yeah" (16xx Ansel Road, Cleveland, Ohio)." JEFFERSON then said, "Oh, I'm out, I'm out f-n' Euclid, where

you at?" YATES then replied, "Uh, I'm just now leaving my house, though. Want me to stop and get the key from you?" JEFFERSON then said, "Yeah, yup."

140. On August 17, 2021, at approximately 9:44 a.m., YATES called JEFFERSON and asked "Yeah, where you at? You, uh, in the car or you up there?" JEFFERSON responded, "I'm upstairs." YATES replied, "I'm pulling in (to 24xxx Lake Shore Boulevard, Euclid, Ohio)." At approximately 10:15 a.m., YATES then met WILLIAMS at 16xx Ansel Road, Cleveland, Ohio. While there, YATES removed a blue and black duffle bag from the residence and provided it to WILLIAMS. At approximately 10:16 a.m., YATES and WILLIAMS, in separate vehicles, traveled to 9xx Ida Road, Cleveland, Ohio. While there, YATES removed a white envelope and a brown paper bag from the residence and provided it to WILLIAMS. At approximately 10:40 a.m., YATES and WILLIAMS drove from 9xx Ida Road, Cleveland, Ohio.

141. On August 17, 2021, during a traffic stop, at approximately 11:27 a.m., WILLIAMS possessed with the intent to distribute 6,292 grams of methamphetamine with a 100% purity and approximately 2,000 grams of fentanyl. Law enforcement located the methamphetamine and fentanyl from the blue and black duffle bag.

142. On August 19, 2021, at 6:18 p.m., TYREE and UNDERWOOD spoke on the telephone. During the call, UNDERWOOD replied, "How much money did you take the guy?" TYREE then said, "Seventy-five ($75,000). Hello?" UNDERWOOD replied, "Yeah." TYREE then said, "Uh-huh, seventy-five ($75,000)." UNDERWOOD replied, "That's in grands, right?" TYREE then said, "Yeah, so he told me to tell DEON (JOHNSON) to call him as soon as possible 'cause he got um, at least three addresses um..." UNDERWOOD replied, "Oh…" TYREE then said, "…that you could look at. Um but he, I guess he may have some more, you know by the time DEON (JOHNSON) call him." Later in the call, TYREE then said, "Uh-huh.

Yeah, so I've been busy today." UNDERWOOD replied, "Oh, okay! Okay…" TYREE then said, "And uh, he gonna tell me to count the rest that was in the bag."

143. On August 26, 2021, at 9:54 a.m., TYREE and UNDERWOOD spoke on the telephone. During the call, TYREE then said, "He (JOHNSON) say uh, well look at the message and he'll call me back. So, uh, the message say, can I take two-hundred and eighty-five ($285,000) to Chicago." UNDERWOOD replied, "Mm-hm." TYREE then said, "And I'm saying to myself, he must be crazy. He know I can't drive. So, when he called me back, I said uh, how am I supposed to get to Chicago? I can't drive."

144. On August 26, 2021, at 11:04 a.m., TYREE and BUTTRAM spoke on the telephone. During the call, BUTTRAM said, "One, one of them dangerous uh uh uh uh avenues." TYREE then said, "I don't know. What do you mean?" BUTTRAM responded, "You know, summin' that involves pickin' up (picking up drugs) or takin' (delivering drug proceeds)." TYREE then said, "Yeah, it's takin' (delivering drug proceeds)." BUTTRAM responded, "Mm… yeah, you know, I was tellin' her that's a six hour ride." TYREE then said, "Yeah, I dunno'. I ain't been since I was a kid." BUTTRAM responded, "Yeah, it's five hours and fifty-six minutes away from here." TYREE then said, "Mm…" BUTTRAM responded, "And you know, I was tellin' her goin' from state to state like that is really dangerous."

145. On August 26, 2021, at 3:40 p.m., TYREE and UNDERWOOD spoke on the telephone. During the call, TYREE said, "Hello, don't look like we're gonna make it today." UNDERWOOD replied, "What happened?" TYREE then said, "Uh, she (HARO-CHAVEZ) still ain't sent me no address. And I told her I'm not, we're not going out there in th-, when it's dark. Tryin' to find no place." UNDERWOOD replied, "Lord." TYREE then said, "She say, "Well, it's up to you. You can go tomorrow."

146. On August 26, 2021, at approximately 8:26 p.m., law enforcement seized $260,570.00 in United States currency from TYREE's residence, 16xxx S. Lotus Drive, Cleveland, Ohio.

147. On September 28, 2021, at 5xx Euclid Ave., Apartment 1505, Cleveland, Ohio, RASHEED WINFREY possessed with the intent to distribute 15.53 grams of a fentanyl mixture. WINFREY also possessed a Smith and Wesson 9-millimeter handgun, serial number JEY6838 with eight (8) 9-millimeter rounds of ammunition and two (2) digital scales with fentanyl residue.

148. On September 28, 2021, at 30xxx Lake Shore Boulevard, Apartment 1163, Willowick, Ohio, IVORY YATES possessed with the intent to distribute 119.11 grams of a fentanyl mixture. YATES also possessed one (1) magazine containing twelve (12) 9-millimeter rounds of ammunition, $75,334.00 in United States Currency, two (2) digital scales with fentanyl residue, cutting agents, and a playing card with fentanyl residue.

149. On September 28, 2021, at 244xx Lake Shore Boulevard, Apartment 1016, Euclid, Ohio, YATES possessed with the intent to distribute 1,156.33 grams of a fentanyl mixture and 28.22 grams of methamphetamine. YATES also possessed cutting agents, a blender with residue, and packaging material used to store narcotics.

150. On September 28, 2021, at 235xx Chagrin Road, Apartment 421, Beachwood, Ohio, REYNARD JEFFERSON possessed $7,800.00 in United States Currency.

151. On September 28, 2021, at 20xx West 20th Street, Cleveland, Ohio, ALEXANDER PRIETO possessed cellular phones, and a multi-colored bookbag.

152. On September 28, 2021, at 83xx Lake Avenue, Apartment 404, Cleveland, Ohio, DANIEL HERNANDEZ possessed with the intent to distribute 153.44 grams of a fentanyl mixture. HERNANDEZ also possessed a Ruger .40 caliber handgun, serial number V340-19416, with one (1) magazine, and a Taurus Armas 9-millimeter handgun, serial number ABK99913, with one (1) magazine.

153. On September 28, 2021, at 276xx Caroline Circle, Apartment F, Westlake, Ohio, LAMAR CHANEY possessed with the intent to deliver 2,034.86 grams of a fentanyl mixture, 1,062.97 grams of methamphetamine, and 101.96 grams of cocaine. CHANEY also possessed a IWI Jericho 9-millimeter handgun, serial number J1005793, with two (2) magazines, seventeen (17) 9-millimeter rounds of ammunition, a box of miscellaneous 9-millimeter ammunition, a metal kilogram press, cutting agents, and two metal presses.

154. On September 28, 2021, at 19xxx Euclid Avenue, Apartment 204, Euclid, Ohio, IVORY YATES and LUTISHA BITTING possessed with the intent to distribute 281.47 grams of methamphetamine. YATES and BITTING also possessed $40,000.00 in United States Currency.

155. On September 28, 2021, at XX Whitacre Court, Bedford, Ohio, ANGELO LANIER possessed a .40 caliber Smith & Wesson M&P Shield handgun, serial number HYU6542 with a magazine, six (6) .40 caliber rounds of ammunition, Springfield HS Produkt 9-millimeter handgun serial number XD161750 with a magazine, sixteen (16) 9-millimeter rounds of ammunition, FN 9-millimeter handgun serial number GKS0009723 with a magazine, and fourteen (14) 9-millimeter rounds of ammunition. LANIER also possessed $25,418.00 in United States Currency.

All in violation of Title 21, United States Code, Section 846.

COUNT 2

(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

156. On or about April 15, 2021, in the Northern District of Ohio, Eastern Division, Defendants LEONARD TYLER, JR., aka LT, aka LC, aka BRO; CESAR LUIS TORRES-ESTRADA; RICARDO VALENZUELA-ARRIOLA; RODOLFO VALENZUELA-ARRIOLA; and IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN did knowingly and intentionally possess with the intent to distribute approximately 136.20 kilograms of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3

(International Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3))

The Grand Jury further charges:

157. From on or about April 13, 2021 to on or about April 15, 2021, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant CESAR LUIS TORRES-ESTRADA traveled in foreign commerce from Mexico to the State of Ohio with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: a business enterprise involving the distribution of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and thereafter performed and attempted to perform acts to promote, manage, carry on, and facilitate the promotion, management, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

COUNT 4
(International Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3))

The Grand Jury further charges:

158. From on or about April 12, 2021 to on or about April 15, 2021, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant RICARDO VALENZUELA-ARRIOLA traveled in foreign commerce from Mexico to the State of Ohio with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: a business enterprise involving the distribution of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and thereafter performed and attempted to perform acts to promote, manage, carry on, and facilitate the promotion, management, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

COUNT 5
(International Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3))

The Grand Jury further charges:

159. From on or about April 9, 2021 to on or about April 15, 2021, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant RODOLFO VALENZUELA-ARRIOLA traveled in foreign commerce from Mexico to the State of Ohio with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: a business enterprise involving the distribution of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and thereafter performed and attempted to perform acts to promote, manage, carry on, and facilitate the promotion, management, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

COUNT 6
(Using or Maintaining a Drug Premises, 21 U.S.C. § 856(a)(1)

The Grand Jury further charges:

160. On or about April 15, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN, did unlawfully and knowingly use and maintain a place located at 38xxx Apollo Parkway, Willoughby, Ohio, for the purpose of distributing controlled substances, in violation of Title 21, United States Code, Section 856(a)(1).

COUNT 7
(Distribution of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

161. On or about August 2, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN did knowingly and intentionally distribute approximately 54.007 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 8
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

162. On or about August 2, 2021, in the Northern District of Ohio, Eastern Division, Defendant MALORIE WATSON did knowingly and intentionally possess with the intent to distribute approximately 54.007 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 9

(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

163. On or about August 17, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN did knowingly and intentionally possess with the intent to distribute approximately 6,292.00 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 10

(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

164. On or about August 17, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN did knowingly and intentionally possess with the intent to distribute more than 400 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 11

(Conspiracy to Launder Monetary Instruments, 18 U.S.C. § 1956(h))

The Grand Jury further charges:

165. From on or about March 2017, until on or about August, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN; LAMAR CHANEY, SR., aka ROCK, aka ROCCO; ROSE TYREE, aka AUNTIE; LUTISHA BITTING; WILLIAM BUTTRAM; JANIS UNDERWOOD; and MICHELLE HUNTER did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United

States in violation of Title 18, United States Code, Section 1956, to wit: knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, concealing U.S. Currency and converting drug proceeds into money orders, which involved the proceeds of a specified unlawful activity, that is distribution of controlled substances, knowing that the transactions were designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h).

COUNTS 12-29

(Use of a Communications Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

166. On or about the dates listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1):

| **Counts** | **Defendants** | **Date** | **Time (EST)** |
|---|---|---|---|
| 12 | IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN | July 22, 2021 | 8:06 p.m. |
| 13 | LEONARD TYLER, JR., aka LT, aka LC, aka BRO | April 14, 2021 | 9:26 p.m. |
| 14 | LIDIA COTA-MEDINA, aka CHUEY'S SISTER | July 4, 2021 | 3:32 p.m. |
| 15 | JESUS COTA-MEDINA, aka CHUEY | August 10, 2021 | 7:38 p.m. |

| | | | |
|---|---|---|---|
| 16 | MARIA DEL CARMEN HARO-CHAVEZ, aka DULCE, aka DULCE SANCHEZ, aka CARMEN, aka LINDA, aka MARI | July 25, 2021 | 4:31 p.m. |
| 17 | DANILO M. ALLEN-LEWIS, aka DANNY | July 25, 2021 | 4:31 p.m. |
| 18 | CESAR LUIS TORRES-ESTRADA | June 17, 2021 | 9:54 a.m. |
| 19 | ALEXANDER PRIETO, aka ALEX | July 4, 2021 | 6:46 p.m. |
| 20 | REYNARD JEFFERSON | July 8, 2021 | 8:51 p.m. |
| 21 | ROSE TYREE, aka AUNTIE | August 26, 2021 | 9:54 a.m. |
| 22 | LAMAR CHANEY, SR., aka ROCK, aka ROCCO | July 10, 2021 | 6:51 p.m. |
| 23 | WILLIAM BUTTRAM | August 26, 2021 | 11:04 a.m. |
| 24 | JANIS UNDERWOOD | August 19, 2021 | 6:18 p.m. |
| 25 | ANGELO LANIER, aka KEYS | August 2, 2021 | 10:18 p.m. |
| 26 | LUTISHA BITTING | July 23, 2021 | 5:21 p.m. |
| 27 | ALEJANDRO FLORES-MORALES, aka THE POSTMAN | August 2, 2021 | 10:03 p.m. |
| 28 | JESSICA ALBERGOTTIE | July 7, 2021 | 3:20 p.m. |
| 29 | MICHELLE HUNTER | August 2, 2021 | 9:24 p.m. |

COUNT 30

(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

167. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant RASHEED WINFREY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Drug Trafficking, Ohio Revised Code § 2925.03(A)(1), a Felony of the Fourth Degree, Cuyahoga County Court of

Common Pleas Docket CR-11-551061-A, on or about August 25, 2011, did knowingly possess in, and affecting interstate and foreign commerce firearm and ammunition, to wit: Smith and Wesson 9-millimeter handgun, serial number JEY6838 with eight (8) 9-millimeter rounds of ammunition; said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 31

(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

168. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant RASHEED WINFREY did knowingly and intentionally possess with the intent to distribute 15.53 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 32

(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

169. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Drug Trafficking, Ohio Revised Code § 2925.03(A)(2), a Felony of the Fourth Degree, Cuyahoga County Court of Common Pleas Docket CR-11-552858-B on or about September 18, 2012, did knowingly possess in, and affecting interstate and foreign commerce ammunition, to wit: one (1) magazine containing twelve (12) 9-millimeter rounds of

ammunition; said ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 33
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

170. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN, did knowingly and intentionally possess with the intent to distribute 119.11 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 34
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

171. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN, did knowingly and intentionally possess with the intent to distribute 1,156.33 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 35
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

172. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant DANIEL HERNANDEZ did knowingly and intentionally possess with the intent to distribute 153.44 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code,

Sections 841(a)(1) and (b)(1)(A).

COUNT 36

(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

173. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant LAMAR CHANEY SR., aka ROCK, aka ROCCO, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Kidnapping, Ohio Revised Code § 2905.01, a Felony of the First Degree, Cuyahoga County Court of Common Pleas Docket CR-00-394297-A on or about December 27, 2000; Aggravated Robbery, Ohio Revised Code § 2911.01, a Felony of the First Degree, Cuyahoga County Court of Common Pleas Docket CR-00-394297-A on or about December 27, 2000; Kidnapping, Ohio Revised Code § 2905.01, a Felony of the Third Degree, Cuyahoga County Court of Common Pleas Docket CR-00-393419-A on or about December 27, 2000; Kidnapping, Ohio Revised Code § 2905.01, a Felony of the First Degree, Cuyahoga County Court of Common Pleas Docket CR-00-392440-C on or about December 27, 2000; Aggravated Robbery, Ohio Revised Code § 2911.01, a Felony of the First Degree, Cuyahoga County Court of Common Pleas Docket CR-00-392440-C on or about December 27, 2000; did knowingly possess in, and affecting interstate and foreign commerce firearms and ammunition, to wit: An IWI Jericho 9-millimeter handgun, serial number J1005793, with two (2) magazines; seventeen (17) 9-millimeter rounds of ammunition; and a box of miscellaneous 9-millimeter ammunition; said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 37
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

174. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant LAMAR CHANEY SR., aka ROCK, aka ROCCO, did knowingly and intentionally possess with the intent to distribute 2,034.86 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 38
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

175. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant LAMAR CHANEY SR., aka ROCK, aka ROCCO, did knowingly and intentionally possess with the intent to distribute 1,062.97 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 39
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

176. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant LAMAR CHANEY SR., aka ROCK, aka ROCCO, did knowingly and intentionally possess with the intent to distribute 101.96 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 40

(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

177. On or about September 28, 2021, in the Northern District of Ohio, Eastern Division, Defendant IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN, did knowingly and intentionally possess with the intent to distribute 281.47 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

FORFEITURE

The Grand Jury further charges:

178. The allegations of Counts 1 through 40, inclusive, are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461 (international travel in aid of racketeering offenses); Title 18, United States Code, Section 982(a)(1) (money laundering offense); and, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461 (firearms/ammunition offenses). As a result of the foregoing offenses, Defendants DEON JOHNSON, aka D; IVORY YATES, aka NARD, aka YOUNGIN, aka ALEX JEAN; LEONARD TYLER, JR., aka LT, aka LC, aka BRO; LIDIA COTA-MEDINA, aka CHUEY'S SISTER; JESUS COTA-MEDINA, aka CHUEY; MARIA DEL CARMEN HARO-CHAVEZ, aka DULCE, aka DULCE SANCHEZ, aka CARMEN, aka LINDA, aka MARI; DANILO M. ALLEN-LEWIS, aka DANNY; CESAR LUIS TORRES-ESTRADA; ALEXANDER PRIETO, aka ALEX; REYNARD JEFFERSON; ROSE TYREE, aka AUNTIE; LAMAR CHANEY, SR., aka ROCK, aka ROCCO; WILLIAM BUTTRAM; JANIS

UNDERWOOD; ANGELO LANIER, aka KEYS; RICARDO VALENZUELA-ARRIOLA; RODOLFO VALENZUELA-ARRIOLA; ERICK SAENZ-SIMENTAL; ALEJANDRO FLORES-MORALES, aka THE POSTMAN; LUTISHA BITTING; JESSICA ALBERGOTTIE; MICHELLE HUNTER; MALORIE WATSON; TYLER BURRELL; TIFFANY WILLIAMS; RASHEED WINFREY; and DANIEL HERNANDEZ shall forfeit to the United States: (i) any and all property constituting, or derived from, proceeds they obtained, directly or indirectly, as the result of the drug offenses; (ii) any and all of their property used - or intended to be used - in any manner or part, to commit or to facilitate the commission of the drug offenses; (iii) all property, real and personal, which constitutes - or is derived from - proceeds traceable to the international travel in aid of racketeering offenses; (iv) all property, real and personal, involved in the money laundering offense, and all property traceable to such property; and, (v) any and all firearms and ammunition involved in or used in the commission of the firearms/ammunition offenses; including, but not limited to, the following:

a.) $260,570.00 U.S. Currency seized from ROSE TYREE on August 26, 2021, at a location on South Lotus Drive, Cleveland, Ohio.

b.) Smith and Wesson 9-millimeter handgun, serial number: JEY6838, with ammunition, seized from RASHEED WINFREY on September 28, 2021, at a location (apartment) at xxx Euclid Avenue, Cleveland, Ohio.

c.) $4,185.00 U.S. Currency seized from RASHEED WINFREY on September 28, 2021, at a location (apartment) at xxx Euclid Avenue, Cleveland, Ohio.

d.) One (1) magazine containing twelve (12) 9-millimeter rounds of ammunition seized from IVORY YATES on September 28, 2021, at a location (apartment) at xxxxx Lake Shore Boulevard, Willowick, Ohio.

e.) $75,334.00 U.S. Currency seized from IVORY YATES on September 28, 2021, at a location (apartment) at xxxxx Lake Shore Boulevard, Willowick, Ohio.

f.) $40,000.00 U.S. Currency seized from IVORY YATES and LUTISHA BITTING on September 28, 2021, at a location (apartment) at xxxxx Euclid Avenue, Euclid, Ohio.

g.) $7,800.00 U.S. Currency seized from REYNARD JEFFERSON on September 28, 2021, at a location (apartment) at xxxxx Chagrin Road, Beachwood, Ohio.

h.) Ruger .40 caliber handgun, serial number: V340-19416, with magazine, seized from DANIEL HERNANDEZ on September 28, 2021, at a location (apartment) at xxxx Lake Avenue, Cleveland, Ohio.

i.) Taurus Armas 9-millimeter handgun, serial number: ABK99913, with magazine, seized from DANIEL HERNANDEZ on September 28, 2021, at a location (apartment) at xxxx Lake Avenue, Cleveland, Ohio.

j.) IWI Jericho 9-millimeter handgun, serial number: J1005793, with two (2) magazines, seized from LAMAR CHANEY, SR., on September 28, 2021, at a location (apartment) at xxxxx Caroline Circle, Westlake, Ohio.

k.) Seventeen (17) 9-millimeter rounds of ammunition seized from LAMAR CHANEY, SR., on September 28, 2021, at a location (apartment) at xxxxx Caroline Circle, Westlake, Ohio.

l.) Box of miscellaneous 9-millimeter ammunition seized from LAMAR CHANEY, SR., on September 28, 2021, at a location (apartment) at xxxxx Caroline Circle, Westlake, Ohio.

m.) .40 caliber Smith & Wesson M&P Shield handgun, serial number: HYU6542, with magazine and ammunition, seized from ANGELO LANIER on September 28, 2021, at a location on Whitacre Court, Bedford, Ohio.

n.) Springfield HS Produkt 9-millimeter handgun, serial number: XD161750, with magazine and any ammunition, seized from ANGELO LANIER on September 28, 2021, at a location on Whitacre Court, Bedford, Ohio.

o.) FN 9-millimeter handgun, serial number: GKS0009723, with magazine and ammunition, seized from ANGELO LANIER on September 28, 2021, at a location on Whitacre Court, Bedford, Ohio.

p.) $25,418.00 U.S. Currency seized from ANGELO LANIER on September 28, 2021, at a location on Whitacre Court, Bedford, Ohio.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.